STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..................................................................................................

Julie Jacoby                                                                    07 CV 4627

                against                    Plaintiff(s)

Hartford Life and Accident Insurance Company

                                           Defendant(s)

..................................................................................................

RE : Hartford Life and Accident Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on June 18, 2007 at Albany, New York. The $40 fee is also acknowledged.
Pursuant to section 1213 of the Insurance Law,
said process is being forwarded to Defendant at its last known principal place of business. Defendant is not authorized to do business in this state and you are advised that,
while such service is accepted and being forwarded to the company,
 it is your duty to determine whether this is a proper service under section 1213 of the Insurance Law.

Original to Attorney for Plaintiff(s) :

    Riemer & Associates LLC
    60 East 42nd Street, Suite 2430
    New York, New York 10165

Pursuant to the requirement of section 1213 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    Legal Department
    Hartford Life and Accident Insurance Company
    200 Hopemeadow Street
    Simsbury, Connecticut 06089

*[signature: Salvatore Castiglione]*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, June 18, 2007
Defendant letter was certified at the Albany Post Office on Tuesday,
June 19, 2007 at 1 :30 P.M. by Cynthia LaPoint
414771      C.A.#185694