

TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JULIE JACOBY,

           Plaintiff,

   -against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

           Defendant.
------------------------------------------------------X

No.: 07 Civ. 4627 (LAK) (RLE)

STIPULATION TO
ADJOURN ANSWER

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action that the time in which defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY has to respond to the Complaint in this action is extended from July 9, 2007 through and including July 30, 2007.

    This Stipulation may be executed in one or more counterparts, and by the different parties hereto in separate counterparts, each of which when executed shall be

deemed to be an original but all of which taken together shall constitute one and the same Stipulation.

Facsimile signatures are deemed to be originals for the purposes of this Stipulation.

Dated: New York, New York
July 27, 2007

RIEMER & ASSOCIATES LLC

By: _____
Scott M. Riemer (SR-5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700

Attorneys for Plaintiff
Julie Jacoby

TROUTMAN SANDERS LLP

By: _____
Christina H. Bost Seaton (CB-7667)
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

Attorneys for Defendant
Hartford Life and Accident
Insurance Company

SO ORDERED
_____
U.S.D.J.

7/2/07

-2-