TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JULIE JACOBY,

    Plaintiff,

  -against-

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

------------------------------------------------------------X

No.: 07 Civ. 4627 (LAK) (RLE)

## CERTIFICATION OF SERVICE

I am over 18 years of age, am not a party to this action and reside in New York, New York.

On July 27, 2007, in accordance with Local Civil Rule 5.2 of the United States District Court for the Southern District Court of New York, I served upon all E-Mail Addresses of Record in this electronically-filed action a true and correct copy of the **Answer to Complaint** within by simultaneously transmitting them by e-mail to the addresses of record posted on the electronic filing system for this case.

*/s/ Christina H. Bost Seaton*
Christina H. Bost Seaton