

TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JULIE JACOBY,

                Plaintiff,

   -against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                Defendant.

-------------------------------------------------------------X

No.: 07 Civ. 4627 (LAK) (RLE)

**NOTICE OF MOTION
FOR ADMISSION
PRO HAC VICE**

      PLEASE TAKE NOTICE THAT PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, upon the annexed certification of Christina H. Bost Seaton, Esq., sworn to on July 27, 2007, Troutman Sanders LLP will move before the Honorable Lewis A. Kaplan, U.S.D.J., in Courtroom 12D, United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order allowing the admission pro hac vice of:

      Applicant's Name:   David E. Constine, III
      Firm Name:   Troutman Sanders LLP
      Address:   Troutman Sanders Building
                         1001 Haxall Point
      City/State/Zip:   Richmond, Virginia, 23219
      Phone Number:   (804) 697-1200
      Fax Number:   (804) 697-1339

DAVID E. CONSTINE, ESQ. is a member in good standing of the Bar of the State of Virginia. There are no pending disciplinary proceedings against DAVID E. CONSTINE, ESQ. in any State or Federal court.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless this motion is opposed;

PLEASE TAKE FURTHER NOTICE that no memorandum of law is submitted in support of this motion, which presents no novel issue of law.

Dated: New York, New York
       July 27, 2007

                                        TROUTMAN SANDERS LLP

                                        By: _____
                                        Christina H. Bost Seaton (CB-7667)
                                        TROUTMAN SANDERS LLP
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 704-6000
                                        (212) 704-

                                        Attorneys for Defendant
                                        Hartford Life and Accident
                                        Insurance Company

TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JULIE JACOBY,                                                           :
                                                                        : No.: 07 Civ. 4627 (LAK) (RLE)
              Plaintiff,                                                :
                                                                        : **CERTIFICATION OF**
       -against-                                                        : **CHRISTINA H. BOST SEATON**
                                                                        : **IN SUPPORT OF MOTION**
HARTFORD LIFE AND ACCIDENT INSURANCE                                    : **FOR PRO HAC VICE**
COMPANY,                                                                : **ADMISSION**
              Defendant.                                                :
                                                                        :
------------------------------------------------------------------------X

   CHRISTINA H. BOST SEATON, ESQ. hereby affirms as follows:

1. I am an attorney admitted to practice law in the State of New York and associated with the law firm of Troutman Sanders LLP, counsel for defendant Hartford Life and Accident Insurance Company in this action. I am fully familiar with the facts and circumstances set forth herein and submit this Affirmation in support of the application to admit David E. Constine, III to appear pro hac vice in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 15, 2005. I am also admitted to the bar of the United States District

Court for the Southern and Eastern Districts of New York, and I am in good standing with both of these courts.

3. I have known David E. Constine, III. since 2005.

4. David E. Constine, III is a member of the law firm Troutman Sanders LLP, in its Richmond, Virginia office, Troutman Sanders Building, 1001 Haxall Point, Richmond, Virginia, 23219.

5. David E. Constine, III is a skilled attorney and a person of the greatest integrity. He is experienced in Federal Practice and familiar with the Federal Rules of Procedure.

6. A copy of a Certificate of Good Standing for David E. Constine, III from the Bar of the State of Virginia is attached hereto as Exhibit A.

7. Accordingly, I am pleased to move the admission of David E. Constine, III, pro hac vice.

8. I respectfully submit a proposed order granting the admission David E. Constine, Esq., pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit David E. Constine, Esq., pro

-3-

hac vice, to represent Defendant in the above-captioned matter, be granted.

Dated: New York, New York
       July 27, 2007

                                        TROUTMAN SANDERS LLP

                                        By: /s/ Christina H. Bost Seaton
                                        Christina H. Bost Seaton (CB-7667)
                                        TROUTMAN SANDERS LLP
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        (212) 704-6000

                                        Attorneys for Defendant
                                        Hartford Life and Accident
                                        Insurance Company

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

DAVID EDWARD CONSTINE, III

was admitted to practice as an attorney and counsellor at the bar of this Court on October 13, 1983.

I further certify that so far as the records of this office are concerned, DAVID EDWARD CONSTINE, III is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 3rd day of July
A.D. 2007
By: _____
Deputy Clerk

TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JULIE JACOBY,

               Plaintiff,

    -against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

               Defendant.

------------------------------------------------------------------X

No.: 07 Civ. 4627 (LAK) (RLE)

**PROPOSED ORDER
FOR ADMISSION
PRO HAC VICE
<u>ON WRITTEN MOTION</u>**

Upon the motion of Christina H. Bost Seaton, Esq., an attorney associated with the law firm of Troutman Sanders LLP, counsel for defendant Hartford Life and Accident Insurance Company in this action; and upon the certification of Christina H. Bost Seaton, Esq., sworn to on July 27, 2007;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    David E. Constine, III
    Firm Name:    Troutman Sanders LLP
    Address:    Troutman Sanders Building
                        1001 Haxall Point
    City/State/Zip:    Richmond, Virginia, 23219
    Phone Number:    (804) 697-1200
    Fax Number:    (804) 697-1339

is admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> as counsel for defendant Hartford Life and Accident

Insurance Company, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      July 27, 2007

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :   No.: 07 Civ. 4627 (LAK) (RLE)
JULIE JACOBY,

                Plaintiff,              :

      -against-                                    :   **AFFIDAVIT OF SERVICE**

HARTFORD LIFE LIFE AND ACCIDENT              :
INSURANCE COMPANY

                Defendant.              :
------------------------------------------------------------x

STATE OF NEW YORK    )
COUNTY OF NEW YORK ) ss.:

ELISE COOPER, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at Queens County, New York.

2. On July 27, 2007, I served an Notice of Motion for Admission Pro Hac Vice by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the person at the address set forth below:

        Scott M. Riemer, Esq.
        Riemer & Associates LLC
        60 East 42nd Street, Suite 2430
        New York, New York 10165

_____
Elise Cooper

Sworn to before me this
27th day of July, 2007

_____
Notary Public

ISIDORE ZIMERMAN
Notary Public, State of New York
No. 4505754
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires July 31, 20__