# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Christina H. Bost Seaton
christina.bost-seaton@troutmansanders.com@troutmansanders.com

Direct Dial: 212-704-6440
Direct Fax: 212-704-5913

September 13, 2007

**BY REGULAR MAIL**
Scott Madison Riemer
Scott M. Riemer, Esq.
60 East 42nd Street
Suite 2430
New York, NY 10165

**RE:  Jacoby v. Hartford Life and Accident Insurance Company, 07-4627 (LAK) (ECF)**

Dear Scott:

    In accordance with the Order Re: Scheduling and Initial Pretrial Conference issued in the above-referenced matter on September 12, 2007, enclosed is a copy of that Order.

    Please contact me if you have any questions.

Very truly yours,

Christina H. Bost Seaton

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.

NEWYORK01 1216302v1 021789-000028

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x

**Julie Jacoby,**

            Plaintiff(s),

                              07-cv-04627 (LAK)

      v.

**Hartford Life and Accident**

**Insurance Company,**

            Defendant(s).

-------------------------------- x

<pre>
                    ORDER RE SCHEDULING AND
                    INITIAL PRETRIAL CONFERENCE
</pre>

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/12/07]

KAPLAN, District Judge.

     This action having been assigned to me for all purposes, it is hereby, ORDERED as follows:

     1.  Counsel receiving this order shall promptly mail copies hereof to all other counsel of record or, in the case of parties for which no appearance has been made, to such parties.

     2.  Counsel for **all** parties are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule **and the agreed schedule calls for filing of the pretrial order not more than six (6) months from the date of this order**, counsel shall sign and email a PDF of the proposed schedule to the Orders and Judgment Clerk* within fourteen (14) days from the date hereof by using the consent scheduling order form annexed for the Court's consideration. If such a consent order is not filed within the time provided, a conference will be held on **10/4/07** in courtroom 12 D, 500 Pearl Street, New York, New York at **10:00 a.m.**

     3.  Any party desiring a conference with the Court for purposes of discussing settlement, narrowing of issues, or other pertinent pretrial matters may request a conference by letter.

     4.  Counsel should be aware that this case has been designated for Electronic Case Filing (ECF). It is the responsibility of counsel to become familiar with and follow ECF procedures. Information regarding the ECF system can be found on the Court's website at www.nysd.uscourts.gov.

September 12, 2007

                                                     /s/ Lewis A. Kaplan
                                                    United States District Judge

\* Orders_and_Judgments@nysd.uscourts.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Julie Jacoby,**

               Plaintiff(s),

                                         07-cv-04627 (LAK)

       v.

**Hartford Life and Accident**

**Insurance Company,**

               Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after _____.

2. No amendments to the pleadings will be permitted after _____.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before _____;

    (b) rebuttal expert witnesses on or before _____.

4. All discovery, including any depositions of experts, shall be completed on or before _____.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before _____.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:

                                                                 _____
                                                                  Lewis A. Kaplan
                                                                  United States District Judge

CONSENTED TO: [signatures of all counsel]

TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JULIE JACOBY,

      Plaintiff,

   -against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

      Defendant.
---------------------------------------------------------------X

No.: 07 Civ. 4627 (LAK) (RLE)

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of September, a true and correct copy of the Order re: Scheduling and Initial Pretrial Conference was sent by first-class United States mail, postage prepaid, to:

  Scott M. Riemer (SR-5005)
  RIEMER & ASSOCIATES LLC
  60 East 42nd Street, Suite 2430
  New York, New York 10165
  (212) 297-0700

         _____
         Christina H. Bost Seaton, Esq.
         Troutman Sanders LLP
         The Chrysler Building
         405 Lexington Avenue
         New York, New York 10174
         (212) 704-6000