DOC #: 6

TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

SCANNED

MEMO ENDORSED

*Granted*
SO ORDERED
LEWIS A. KAPLAN, USDJ
10/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIE JACOBY,

           Plaintiff,

-against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

           Defendant.
------------------------------------------------------------X

No.: 07 Civ. 4627 (LAK) (RLE)

NOTICE OF MOTION
FOR ADMISSION
PRO HAC VICE

    PLEASE TAKE NOTICE THAT PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, upon the annexed certification of Christina H. Bost Seaton, Esq., sworn to on July 27, 2007, Troutman Sanders LLP will move before the Honorable Lewis A. Kaplan, U.S.D.J., in Courtroom 12D, United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order allowing the admission pro hac vice of:

    Applicant's Name: David E. Constine, III
    Firm Name: Troutman Sanders LLP
    Address: Troutman Sanders Building
              1001 Haxall Point
    City/State/Zip: Richmond, Virginia, 23219
    Phone Number: (804) 697-1200
    Fax Number: (804) 697-1339



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

-1-

-2-

DAVID E. CONSTINE, ESQ. is a member in good standing of the Bar of the State of Virginia. There are no pending disciplinary proceedings against DAVID E. CONSTINE, ESQ. in any State or Federal court.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless this motion is opposed;

PLEASE TAKE FURTHER NOTICE that no memorandum of law is submitted in support of this motion, which presents no novel issue of law.

Dated: New York, New York
July 27, 2007

                              TROUTMAN SANDERS LLP

                              By: _____
                              Christina H. Bost Seaton (CB-7667)
                              TROUTMAN SANDERS LLP
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York 10174
                              (212) 704-6000
                              (212) 704-

                              Attorneys for Defendant
                              Hartford Life and Accident
                              Insurance Company