Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700 (phone)
(212) 297-0730 (fax)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JULIE JACOBY,

                Plaintiff,                07 CV 4627 (LAK)(RLE)

      -against-                **MOTION TO ADMIT COUNSEL**
                                                      *PRO HAC VICE*
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                Defendant.
-----------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott M. Riemer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        Applicant's Name:    Jonathan M. Feigenbaum
        Firm Name:             Phillips & Angley
        Address:                 One Bowdoin Square
        City/State/Zip:       Boston, MA 02114
        Phone Number:      (617) 367-8787
        Fax Number:          (617) 227-8992

JONATHAN M. FEIGENBAUM, ESQ. is a member in good standing of the Bar of the States of Massachusetts and California as well as the District of Columbia.

There are no pending disciplinary proceedings against JONATHAN M. FEIGENBAUM. ESQ. in any State or Federal court.

Dated: New York, New York
       October 31, 2007

                              Respectfully submitted,

                              Scott M. Riemer (SR5005)
                              RIEMER & ASSOCIATES LLC
                              Attorneys for Plaintiff
                              60 East 42nd Street, Suite 2430
                              New York, New York 10165
                              (212) 297-0700 (phone)
                              (212) 297-0730 (fax)

Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700 (phone)
(212) 297-0730 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JULIE JACOBY,

       Plaintiff,    07 CV 4627 (LAK)(RLE)

  -against-       **AFFIDAVIT OF**
             **SCOTT M. RIEMER**
             **IN SUPPORT OF MOTION TO**
             **ADMIT COUNSEL**
             *PRO HAC VICE*

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

       Defendant.
-----------------------------------------------------------------X

State of New York )
        ) ss:
County of New York )

  SCOTT M. RIEMER, being duly sworn, deposes and says as follows:

1. I am a member of Riemer & Associates LLC, counsel for plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Jonathan M. Feigenbaum, Esq. as counsel *pro hac vice* to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Jonathan M. Feigenbaum since 2003.

4. Mr. Feigenbaum is a member of Phillips & Angley in Boston, Massachusetts.

5. I have found Mr. Feigenbaum to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jonathan M. Feigenbaum, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Jonathan M. Feigenbaum, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jonathan M. Feigenbaum, *pro hac vice*, to represent plaintiff in the above captioned matter, be granted.

Dated: New York, New York
October 31, 2007

Respectfully submitted,

_____
Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700 (phone)
(212) 297-0730 (fax)

Sworn to before me this 31st day of October 2007

_____
Notary Public

RACHEL WILGORS
Notary Public, State of New York
No. 01WI6057852
Qualified in New York County
Commission Expires April 23, 2011



**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707

MAURA S. DOYLE
CLERK

WWW.SJCCOUNTYCLERK.COM
October 16, 2007

CASE INFORMATION  617-557-1100
FACSIMILE  617-557-1117

ATTORNEY SERVICES  617-557-1050
FACSIMILE  617-557-1055

Jonathan Marc Feigenbaum
Phillips & Angley
1 Bowdoin Sq.
Boston, MA  02114

IN RE:    CERTIFICATE OF ADMISSION AND GOOD STANDING

Jonathan Marc Feigenbaum:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/pjs
CL Received: October 16, 2007
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1985**, said Court being the highest Court of Record in said Commonwealth:

### Jonathan Marc Feigenbaum

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of October in the year of our Lord **two thousand and seven.**

*/s/ Maura S. Doyle*
MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification

X3116

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 17, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JONATHAN MARC FEIGENBAUM, #163208 was admitted to the practice of law in this state by the Supreme Court of California on December 28, 1992; that from the date of admission to February 1, 1993, he was an ACTIVE member of the State Bar of California; that on February 1, 1993, he transferred at his request to the INACTIVE status as of January 1, 1993; that he has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 17, 2007

TO WHOM IT MAY CONCERN:

In accordance with your request, please find enclosed the form of certificate you require.

If this certificate includes disciplinary matters, and if you want additional information concerning that discipline, you may request copies of those records from the State Bar Court in our Los Angeles office. Call 213-765-1418 for further information.

* Please note that effective October 2005, the request for 5 certificates has changed; for a fee of $25.00, you may request a maximum of 3 certificates per member.

RECORDS DEPARTMENT

KL:ms
Enclosure



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JONATHAN MARC FEIGENBAUM

was on the   25TH   day of   FEBRUARY, 1987   duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 16, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JULIE JACOBY,

                      Plaintiff,                      07 CV 4627 (LAK)(RLE)

    -against-                  **ORDER FOR ADMISSION**
                                                  ***PRO HAC VICE***
                                                  **ON WRITTEN MOTION**

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                      Defendant.
-----------------------------------------------------------------X

       Upon the motion of Scott M. Riemer, attorney for Julie Jacoby, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    Jonathan M. Feigenbaum
        Firm Name:           Phillips & Angley
        Address:              One Bowdoin Square
        City/State/Zip:       Boston, MA 02114
        Phone Number:      (617) 367-8787
        Fax Number:         (617) 227-8992

is admitted to practice *pro hac vice* as counsel for Julie Jacoby in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
         October 31, 2007                                  _____
                                                             United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for Plaintiff and that on October 31, 2007, I caused to be served by first class mail a true and correct copy of Motion to Admit Counsel Pro Hac Vice, an Affirmation from Scott M. Riemer, a certificate of Good Standing from Supreme Judicial Court of the Commonwealth of Massachusetts, a certificate of Admission and Good Standing from the State Bar of California, a certificate of Admission and Good Standing from the District of Columbia Court of Appeals, proposed Order for Admission Pro Hac on Written Motion, to the following:

TO: Laura D. Windsor, Esq.
Counsel for defendant Hartford Life and Accident Insurance Company
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122

Dated: New York, New York
October 31, 2007

SCOTT M. RIEMER (SR5005)
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700