**MEMO ENDORSED**

SCANNED

Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700 (phone)
(212) 297-0730 (fax)


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIE JACOBY,

              Plaintiff,           07 CV 4627 (LAK)(RLE)

   -against-                **MOTION TO ADMIT COUNSEL**
                                                 *PRO HAC VICE*
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

              Defendant.
------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott M. Riemer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Jonathan M. Feigenbaum
    Firm Name:             Phillips & Angley
    Address:                 One Bowdoin Square
    City/State/Zip:        Boston, MA 02114
    Phone Number:       (617) 367-8787
    Fax Number:         (617) 227-8992

JONATHAN M. FEIGENBAUM, ESQ. is a member in good standing of the Bar of the States of Massachusetts and California as well as the District of Columbia.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

There are no pending disciplinary proceedings against JONATHAN M. FEIGENBAUM, ESQ. in any State or Federal court.

Dated: New York, New York
October 31, 2007

Respectfully submitted,

*[signature]*

Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 East 42nd Street, Suite 2430
New York, New York  10165
(212) 297-0700 (phone)
(212) 297-0730 (fax)