RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
Office and Post Office Address
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JULIE JACOBY                                                              07 Civ 4627 (LAK)(RLE)

                Plaintiff,                                                 NOTICE OF MOTION

        -against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                Defendant.
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the annexed affirmation of Scott M. Riemer, dated February 5, 2008, together with exhibits thereto, and upon all prior proceedings herein, plaintiff will move this Court before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 12D, on the __th of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order:

        (a) declaring unconstitutional the arbitrary and capricious standard of review in employee benefit cases involving fully insured ERISA plans; and

        (b) granting plaintiff a *de novo* plenary proceeding in the current action;

and for such other relief as the Court deems just and proper.

Dated: New York, New York
February 5, 2008

                                    RIEMER & ASSOCIATES LLC
                                    Attorneys for Plaintiff
                                    60 East 42nd Street, Suite 2430
                                    New York, New York  10165
                                    (212) 297-0700


                                    By:_____/s/_____
                                       Scott M. Riemer (SR5005)

TO: Christina Bost Seaton, Esq.
Troutman Sanders LLP
405 Lexington Avenue
New York, NY  10174
212-704-6440