RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
Office and Post Office Address
60 East 42nd Street, Suite 2430
New York, New York  10165
(212) 297-0700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JULIE JACOBY | 07 Civ 4627 (LAK)(RLE) |
| Plaintiff, | AFFIRMATION OF <u>SCOTT M. RIEMER</u> |
| -against- | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | |
| Defendant. | |

-----------------------------------------------------------------X

SCOTT M. RIEMER, an attorney duly admitted to practice in the Courts of this State, does hereby affirm to be true under the penalties of perjury as follows:

1. I am counsel for plaintiff in the above-referenced action. I submit this affirmation in support of Julie Jacoby's motion for a *de novo* plenary proceeding.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint.

3. Attached hereto as Exhibit B is a true and correct copy of the answer.

4. Attached hereto as Exhibit C is a true and correct copy of Group Policy GLT-707637 issued by Hartford Life and Accident Insurance Company to GSCP (NJ) LP.

WHEREFORE, Julie Jacoby's motion should be granted in its entirety.

Dated: New York, New York
       February 5, 2008

                                              /s/
                                    SCOTT M. RIEMER (SR5005)