# GROUP BENEFIT PLAN

## GSCP (NJ) LP



THE HARTFORD

**707637(GLT/GL)1 Long Term Disability, Life and Accidental Death and Dismemberment**

HAR00133

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
### Endorsement

**Policyholder:** GSCP (NJ) LP

**Group Policy No.:** GLT-707637

**Effective Date:** October 1, 2001

This endorsement forms a part of your Booklet-certificate which describes the provisions of the group policy specified above.

With respect to All Active Full-time Employees, **Must you contribute toward the cost of coverage?** appearing in the Schedule of Insurance in Your Booklet-certificate is amended to read as follows:

**Must you contribute toward the cost of coverage?**
You must contribute toward the cost of coverage.

Christine Hayer Repasy, *Secretary*                    Thomas M. Marra, *President*

GR-2025(496)A-HLA 707637(GLT/GL)1 No. 1                                        11-'01

1

HAR00134

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
**Endorsement**

**Policyholder:** GSCP (NJ) LP

**Group Policy No.:** GLT/GL-707637

**Effective Date:** October 1, 2001

This endorsement forms a part of your Booklet-certificate which describes the provisions of the group policy specified above.

The following provisions located in the Long Term Disability portion are applicable to residents of New York and are included to bring your Booklet-certificate into conformity with New York state law.

**1. Pre-existing Conditions Limitations**

The following provision is added to the paragraph entitled "Are there any other limitations on coverage?" in the Pre-existing Conditions Limitations section appearing in your booklet.

However, if you become insured under the Group Insurance Policy and were covered under a group or blanket disability insurance plan or employer-provided disability benefit arrangement within 60 days of your effective date of coverage under this plan, any:
1. treatment-free period requirements; or
2. period of coverage requirements,

which were satisfied or partially satisfied under your previous coverage will be credited toward satisfaction of similar periods under this plan.

**2. Continuity From a Prior Plan**

The section entitled "Continuity From a Prior Plan" is amended to read as follows:

**Is there continuity of coverage from a Prior Plan?**
If you were:
1. insured under the Prior Plan;
2. Actively at Work; and
3. not eligible to receive benefits under the Prior Plan,

on the day before the Plan Effective Date, the Deferred Effective Date provision will not apply to you.

If you were covered under a Prior Plan within 60 days prior to the date your coverage under this plan takes effect, the Pre-Existing Conditions Limitation will cease to apply on the first to occur of the following dates:
1. the date your coverage under the plan takes effect, if your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Plan; or

Christine Hayer Repasy, *Secretary*                    Thomas M. Marra, *President*

GR-2025(496)A-HLA 707637(GLT/GL)1 (NY)                                        10-'01

1

HAR00135

2.  if your coverage was limited by a pre-existing condition restriction under the Prior Plan. the date the restriction would have ceased to apply had the Prior Plan remained in force.

The amount of the Monthly Benefit payable for a Pre-existing Condition in accordance with the previous paragraph will be the lesser of:
1.  the Monthly Benefit which was paid by the Prior Plan; or
2.  the Monthly Benefit provided by this plan.

No payment shall be made after the earlier to occur of:
1.  the date payments would have ceased under the Prior Plan; or
2.  the date payments cease under this plan.

If you received Monthly Benefits for Disability under the Prior Plan, and:
1.  you returned to work as an Active Full-time employee before the Effective Date of this plan;
2.  within 6 months of the return to work, you have a recurrence of the same Disability under this plan; and
3.  there are no benefits available for the recurrence under the Prior Plan,

the Elimination Period of this plan, which would otherwise apply to the recurrence, will be waived if the recurrence would have been covered without any further Elimination Period under the Prior Plan had it remained in force.

**Prior Plan**, for the purpose of this provision, means an employer-provided disability benefit arrangement or group or blanket long term disability insurance carried by the Employer on the day before the Plan Effective Date.

The following provisions located in the Life Insurance portion are applicable to residents of New York and are included to bring Your Booklet-certificate into conformity with New York state law.

### 1. Conversion Privilege

The Conversion Privilege is amended to read as follows:

The following does not apply to any AD&D Benefits.

### When can an individual convert?
If insurance, or any portion thereof, terminates, then any individual covered under the Policy may convert His life insurance to a conversion policy without providing Evidence of Good Health.

### What is the conversion policy?
The conversion policy will:
1.  be on one of the life insurance policy forms then customarily issued by Us for conversion purposes;
2.  contain no disability, supplementary or AD&D benefits; and
3.  be effective on the 32nd day after group life insurance terminates.

At the individual's option, the personal life policy may be preceded by a single-premium one year term insurance policy, subject to the same conditions. A permanent term life insurance policy is also available, subject to the same conditions.

### How much can be converted?
The amount which may be converted is limited to the amount of group coverage in force prior to the qualifying event, reduced by the amount of any other group coverage for which You become covered within 31 days of termination of group coverage. If conversion is due to retirement or any other qualifying event, the full amount of coverage lost may be converted.

HAR00136

**How does an individual convert coverage?**
To convert life insurance, the individual must, within 31 days of the date group coverage terminates, make written application to Us and pay the premium required for His age and class of risk.

If an individual is not given notice of the existence of the conversion privilege within 15 days of the terminating event which results in the conversion option, He will have an additional period in which to exercise conversion rights. This additional period will end 45 days following the date He is given notice of the right to convert or 90 days following the date on which the terminating event which results in the conversion option occurs, whichever occurs first. Written notice of conversion rights will be presented to the individual or mailed by the Employer or Us to the last known address.

**What if death occurs during the conversion election period?**
If the individual should die within the 31 day conversion election period, We will, upon receipt of acceptable proof of His death, pay the Amount of Life Insurance He was entitled to convert.

**2. Proof of Loss**

The Proof of Loss paragraph is amended to read as follows:

**When must Proof of Loss be given?**
Satisfactory written proof of loss must be sent to Us or Our appropriate representative, within 90 days after the date of such loss. However, all claims must be submitted to Us within 90 days of the date any individual's insurance terminates.

If proof is not given by the time it is due, it will not affect the claim if:
1.   it was not possible to give proof within the required time; and
2.   proof is given as soon as possible.

**3. Accelerated Death Benefit**

**What is the benefit?**
If You are diagnosed as being Terminally Ill and proof of such diagnosis is provided by an attending physician licensed to practice in the United States, and You are:
1.   less than Normal Retirement Age; and
2.   insured for at least $10,000;

then You may request that a portion of Your Amount of Life Insurance be paid to You prior to death.

The request cannot exceed 80% of the in force Amount of Life Insurance, and is subject to a minimum of the lesser of 25% of the in force Amount of Life Insurance or $50,000, and a maximum of $500,000. You may exercise this option only once per person.

For example, if You have an Amount of Life Insurance equal to $20,000 and You are Terminally Ill, You can request any portion of the life insurance between $5,000 to $16,000 to be paid to You now instead of to Your beneficiary at Your death. However, if You decide to request only $5,000 now, You cannot request the additional $5,000 in the future.

**What does Terminal Illness/Terminally Ill mean?**
Terminally Ill or Terminal Illness means that an individual has a life expectancy of 12 months or less.

**RECEIPT OF ANY BENEFITS IN ACCORDANCE WITH THIS PROVISION WILL REDUCE LIFE INSURANCE BENEFITS PAYABLE UPON DEATH.**

**What if an individual is no longer Terminally Ill?**

If diagnosed as no longer Terminally Ill, coverage may or may not remain in force. Coverage which remains in force will be reduced by any amount of Accelerated Death Benefits received and premium is due for this reduced amount. If coverage does not remain in force, then the reduced amount of coverage may be converted. Any amount paid as an Accelerated Death Benefit is not available for conversion. Please see the Conversion Privilege section.

**What limitations apply to this benefit?**
The Accelerated Death Benefit provision will be subject to all applicable terms and conditions of this Policy.

No Accelerated Death Benefit will be paid if You are required by law to accelerate benefits to meet the claims of creditors, or if a government agency requires You to apply for benefits to qualify for a government benefit or entitlement.

**What if You made an assignment under this Policy?**
If You have executed an assignment of rights and interest with respect to Your Amount of Life Insurance, in order to pay benefits to You under this provision, We must receive a release from the individual to whom the assignment was made before any benefits are payable.

HAR00138

# TABLE OF CONTENTS

## Group Long Term Disability Benefits

PAGE

CERTIFICATE OF INSURANCE ....................................................................................................... 2
SCHEDULE OF INSURANCE ........................................................................................................... 3
    Must you contribute toward the cost of coverage? ........................................................................ 3
    Who is eligible for coverage? ....................................................................................................... 3
    When will You become eligible? (Eligibility Waiting Period) ........................................................ 3
ELIGIBILITY AND ENROLLMENT ................................................................................................. 4
    When does your coverage start? .................................................................................................... 5
    When will coverage become effective if a disabling condition causes you to be absent from work on the date it
    is to start? ..................................................................................................................................... 5
BENEFITS ........................................................................................................................................ 5
    When do benefits become payable? ............................................................................................... 5
    When will benefit payments terminate? ......................................................................................... 6
    What happens if you return to work but become Disabled again? ..................................................... 6
CALCULATION OF MONTHLY BENEFIT ....................................................................................... 7
    What is Rehabilitation? .................................................................................................................. 8
    Family Care Credit Benefit ........................................................................................................... 8
    Survivor Income Benefit ............................................................................................................... 9
    Workplace Modification Benefit ................................................................................................... 9
PRE-EXISTING CONDITIONS LIMITATIONS ............................................................................... 10
    Are there any other limitations on coverage? ............................................................................... 10
EXCLUSIONS ................................................................................................................................. 11
    What Disabilities are not covered? ............................................................................................... 11
TERMINATION .............................................................................................................................. 11
    When does your coverage terminate? ........................................................................................... 11
    Does your coverage continue if your employment terminates because you are Disabled? ................ 11
GENERAL PROVISIONS ................................................................................................................ 12
DEFINITIONS ................................................................................................................................. 14

PS-M-90

HAR00139

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
(Herein called Hartford Life)

---

**CERTIFICATE OF INSURANCE**
Under
**The Group Insurance Policy**
**as of the Effective Date**
Issued by
**HARTFORD LIFE**
to
**The Policyholder**

---

This is to certify that Hartford Life has issued and delivered the Group Insurance Policy to The Policyholder.

The Group Insurance Policy insures the employees of the Policyholder who:
- are eligible for the insurance;
- become insured; and
- continue to be insured;
according to the terms of the Policy.

The terms of the Group Insurance Policy which affect an employee's insurance are contained in the following pages. This Certificate of Insurance and the following pages will become your Booklet-certificate. The Booklet-certificate is a part of the Group Insurance Policy.

This Booklet-certificate replaces any other which Hartford Life may have issued to the Policyholder to give to you under the Group Insurance Policy specified herein.

This certificate is governed by the laws of New Jersey.

Christine Hayer Repasy, *Secretary*                    Thomas M. Marra, *President*

Z-LTD(C001)NJ

2

HAR00140

**SCHEDULE OF INSURANCE**

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with Hartford Life at its home office.

| | |
|---|---|
| Policyholder: | GSCP (NJ) LP |
| Group Insurance Policy: | GLT-707637 |
| Plan Effective Date: | October 1, 2001 |

This plan of Disability Insurance provides you with loss of income protection if you become disabled from a covered accidental bodily injury, sickness or pregnancy.

**Must you contribute toward the cost of coverage?**
You do not contribute toward the cost of coverage.

**Who is eligible for coverage?**

| | |
|---|---|
| Eligible Class(es): | All Active Full-time Employees who are U.S. citizens or U.S. residents, excluding temporary and seasonal employees |
| Full-time Employees: | 30 hours weekly |
| **Maximum Monthly Benefit:** | $10,000 |
| **Minimum Monthly Benefit:** | $100 |

In accordance with New Jersey state law, in no event however will the Minimum Monthly Benefit be less than $100.00.

| | |
|---|---|
| **Benefit Percentage:** | 60% |

**When will You become eligible? (Eligibility Waiting Period)**
If You are working for the Employer prior to the Plan Effective Date and were covered under the Prior Plan, You are eligible for coverage on the later of the Plan Effective Date or the date You enter an eligible class.

If You start working for the Employer after the Plan Effective Date, You are eligible for coverage on the first day of the month coincident with or next following the date on which You complete a waiting period of 30 days of continuous service.

The Elimination Period is the period of time you must be Disabled before benefits become payable. It is the last to be satisfied of the following:
1. the first 6 consecutive month(s) of any one period of Disability; or
2. with the exception of benefits required by state law, the expiration of any Employer sponsored short term disability benefits or salary continuation program.

## MAXIMUM DURATION OF BENEFITS TABLE

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 63 | To Normal Retirement Age or 42 months, if greater |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

Normal Retirement Age means the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act. It is determined by your date of birth as follows:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 or before | 65 |
| 1938 | 65 + 2 months |
| 1939 | 65 + 4 months |
| 1940 | 65 + 6 months |
| 1941 | 65 + 8 months |
| 1942 | 65 + 10 months |
| 1943 thru 1954 | 66 |
| 1955 | 66 + 2 months |
| 1956 | 66 + 4 months |
| 1957 | 66 + 6 months |
| 1958 | 66 + 8 months |
| 1959 | 66 + 10 months |
| 1960 or after | 67 |

The above table shows the maximum duration for which benefits may be paid. All other limitations of the plan will apply.

## ELIGIBILITY AND ENROLLMENT

**Who are Eligible Persons?**
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**When will you become eligible?**
You will become eligible for coverage on either:
1.  the Plan Effective Date, if you have completed the Eligibility Waiting Period; or if not
2.  the date on which you complete the Eligibility Waiting Period.

See the Schedule of Insurance for the Eligibility Waiting Period.

**How do you enroll?**
Eligible Persons will be enrolled automatically by the Employer.

## WHEN COVERAGE STARTS

**When does your coverage start?**
If you are not required to contribute toward the plan's cost, your coverage will start on the date you become eligible.

## DEFERRED EFFECTIVE DATE

**When will coverage become effective if a disabling condition causes you to be absent from work on the date it is to start?**
If you are absent from work due to:
1.  accidental bodily injury;
2.  sickness;
3.  pregnancy;
4.  Mental Illness; or
5.  Substance Abuse,

on the date your insurance or increase in coverage would otherwise have become effective, your effective date will be deferred. Your insurance, or increase in coverage will not become effective until you are Actively at Work for one full day.

## CHANGES IN COVERAGE

**Do coverage amounts change if there is a change in your class or your rate of pay?**
Your coverage may increase or decrease on the date there is a change in your class or Monthly Rate of Basic Earnings. However, no increase in coverage will be effective unless on that date you:
1.  are an Active Full-time Employee; and
2.  are not absent from work due to being Disabled.

If you were so absent from work, the effective date of such increase will be deferred until you are Actively at Work for one full day.

No change in your Rate of Basic Earnings will become effective until the date we receive notice of the change.

**What happens if the Employer changes the plan?**
Any increase or decrease in coverage because of a change in the Schedule of Insurance will become effective on the date of the change, subject to the following limitations on an increase:
1.  the Deferred Effective Date provision; and
2.  Pre-existing Conditions Limitations.

## BENEFITS

**When do benefits become payable?**
You will be paid a monthly benefit if:
1.  you become Disabled while insured under this plan;
2.  you are Disabled throughout the Elimination Period;
3.  you remain Disabled beyond the Elimination Period;
4.  you are, and have been during the Elimination Period, under the Regular Care of a Physician; and
5.  you submit Proof of Loss satisfactory to us.

Benefits accrue as of the first day after the Elimination Period and are paid monthly.

**When will benefit payments terminate?**

We will terminate benefit payment on the first to occur of:

1. the date you are no longer Disabled as defined;
2. the date you fail to furnish Proof of Loss, when requested by us;
3. the date you are no longer under the Regular Care of a Physician, or refuse our request that you submit to an examination by a Physician;
4. the date you die;
5. the date your Current Monthly Earnings exceed:
   a) 80% of your Indexed Pre-disability Earnings if you are receiving benefits for being Disabled from Your Occupation; or
   b) an amount that is equal to the product of your Indexed Pre-disability Earnings and the Benefit Percentage if you are receiving benefits for being Disabled from Any Occupation;
6. the date determined from the Maximum Duration of Benefits Table shown in the Schedule of Insurance; or
7. the date no further benefits are payable under any provision in this plan that limits benefit duration.

## MENTAL ILLNESS AND SUBSTANCE ABUSE BENEFITS

**Are benefits limited for Mental Illness or Substance Abuse?**

If you are Disabled because of:

1. Mental Illness that results from any cause;
2. any condition that may result from Mental Illness;
3. alcoholism; or
4. the non-medical use of narcotics, sedatives, stimulants, hallucinogens, or any other such substance,

then, subject to all other Policy provisions, benefits will be payable:

1. only for so long as you are confined in a hospital or other place licensed to provide medical care for the disabling condition; or
2. when you are not so confined, a total of 24 months for all such Disabilities during your lifetime.

## RECURRENT DISABILITY

**What happens if you return to work but become Disabled again?**

Attempts to return to work as an Active Full-time Employee during the Elimination Period will not interrupt the Elimination Period, provided no more than 30 such return-days are taken.

Any day you were Actively at Work will not count towards the Elimination Period.

After the Elimination Period, when a return to work as an Active Full-time Employee is followed by a recurrent Disability, and such Disability is:

1. due to the same cause; or
2. due to a related cause; and
3. within 6 month(s) of the return to work,

the Period of Disability prior to your return to work and the recurrent Disability will be considered one Period of Disability, provided the Group Insurance Policy remains in force.

If you return to work as an Active Full-time Employee for 6 month(s) or more, any recurrence of a Disability will be treated as a new Disability. A new Disability is subject to a new Elimination Period and a new Maximum Duration of Benefits. The Elimination Period and Maximum Duration of Benefits Table are in the Schedule of Insurance.

The term "Period of Disability" as used in this provision means a continuous length of time during which you are Disabled under this plan.

# CALCULATION OF MONTHLY BENEFIT

**How are Disability benefits calculated?**

**Return to Work Incentive**
If you remain Disabled after the Elimination Period, but work while you are Disabled, we will determine your Monthly Benefit for a period of up to 12 consecutive months as follows:
1.  multiply your Pre-Disability Earnings by the Benefit Percentage;
2.  compare the result with the Maximum Benefit; and
3.  from the lesser amount, deduct Other Income Benefits.

Current Monthly Earnings will not be used to reduce your Monthly Benefit. However, if the sum of your Monthly Benefit and your Current Monthly Earnings exceeds 100% of your Pre-disability Earnings, we will reduce your Monthly Benefit by the amount of excess.

The 12 consecutive month period will start on the last to occur of:
1.  the day you first start such work; or
2.  the end of the Elimination Period.

If you are Disabled and not receiving benefits under the Return to Work Incentive, we will calculate your Monthly Benefit as follows:
1.  multiply your Monthly Income Loss by the Benefit Percentage;
2.  compare the result with the Maximum Benefit; and
3.  from the lesser amount, deduct Other Income Benefits.

The result is your Monthly Benefit.

**What happens if the sum of the Monthly Benefit, Current Monthly Earnings and Other Income Benefits exceeds 100% of Pre-disability Earnings?**
We will reduce your Monthly Benefit by the amount of the excess.

**Minimum Monthly Benefit**
Your Monthly Benefit will not be less than the Minimum Monthly Benefit shown in the Schedule of Insurance.

**How is the benefit calculated for a period of less than a month?**
If a Monthly Benefit is payable for less than a month, we will pay 1/30 of the Monthly Benefit for each day you were Disabled.

Benefit Percentages and Maximum Benefits are shown in the Schedule of Insurance.

## REHABILITATION

**What is Rehabilitation?**
Rehabilitation is a process of working together to plan, adapt, and put into use options and services to meet your return to work needs.

A Rehabilitation program may include, when we consider it to be appropriate, any necessary and feasible:
1.  vocational testing;
2.  vocational training;
3.  alternative treatment plans such as:
    a)  support groups;
    b)  physical therapy;
    c)  occupational therapy; and
    d)  speech therapy;
4.  work-place modification to the extent not otherwise provided; and
5.  job placement,

and similar services.

## FAMILY CARE CREDIT BENEFIT

**What if you must incur expenses for Family Care Services in order to participate in a Rehabilitative program?**
If you are working as part of a program of Rehabilitative Employment, we will, for the purpose of calculating your benefit, deduct the cost of Family Care from earnings received from a Rehabilitative program, subject to the following limitations:
1.  Family Care means the care or supervision of:
    a)  your children under age 13; or
    b)  a member of your household who is mentally or physically handicapped and dependent upon you for support and maintenance;
2.  the maximum monthly deduction allowed for each qualifying child or family member is:
    a)  $350 during the first 12 months of Rehabilitative Employment; and
    b)  $175 thereafter,
    c)  but in no event may the deduction exceed the amount of your monthly earnings;
3.  Family Care Credits may not exceed a total of $2,500 during a calendar year;
4.  the deduction will be reduced proportionally for periods of less than a month;
5.  the charges for Family Care must be documented by a receipt from the caregiver;
6.  the credit will cease on the first to occur of the following:
    a)  you are no longer in a Rehabilitative program; or
    b)  Family Care Credits for 24 months have been deducted during your Disability; and
7.  no Family Care provided by an immediate relative of the family member receiving the care will be eligible as a deduction under this provision. An immediate relative is a spouse, sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter or grandchild.

Your Current Monthly Earnings after the deduction of your Family Care Credit will be used to determine your Monthly Income Loss. In no event will you be eligible to receive a Monthly Benefit under the plan if your Current Monthly Earnings before the deduction of the Family Care Credit exceed 80% of your Indexed Pre-disability Earnings.

## SURVIVOR INCOME BENEFIT

**Will your survivors receive a benefit if you should die while receiving Disability Benefits?**
If you die while receiving benefits under this plan, a Survivor Benefit will be payable to:
1.   your surviving Spouse;
2.   your surviving Child(ren), in equal shares, if there is no surviving Spouse; or
3.   your estate, if there is no surviving Spouse or Child.

If a minor Child is entitled to benefits, we may, at our option, make benefit payments to the person caring for and supporting the Child until a legal guardian is appointed.

The Benefit is one payment of an amount that is 3 times the lesser of:
1.   your Monthly Income Loss multiplied by the Benefit Percentage; or
2.   the Maximum Monthly Benefit shown in the Schedule of Insurance.

The following terms apply to this Benefit:
1.   "Spouse" means your wife or husband who:
     a)   is mentally competent; and
     b)   was not legally separated from you at the time of your death; and
2.   "Child" means your son or daughter under age 23 who is dependent on you for financial support.

## WORKPLACE MODIFICATION BENEFIT

**Will our Rehabilitation program provide for modifications to the workplace to accommodate a Disabled employee's return to work?**
We will reimburse your Employer for the expense of reasonable modifications to your workplace to accommodate your Disability and enable you to return to work as an Active Full-time Employee.  To qualify for this benefit:
1.   your Disability must be covered by this plan;
2.   the Employer must agree to make modifications to the workplace in order to reasonably accommodate your return to work and the performance of the essential duties of your job; and
3.   any proposed modifications must be approved in writing by us.

Benefits paid for such workplace modification shall not exceed the amount equal to your Pre-disability Earnings multiplied by the Benefit Percentage.

We have the right, at our expense, to have you examined or evaluated by:
1.   a physician or other health care professional; or
2.   a vocational expert or rehabilitation specialist,

of our choice so that we may evaluate the appropriateness of any proposed modification.

The Employer's costs for approved modifications will be reimbursed after:
1.   the proposed modifications made on your behalf are complete;
2.   we have been provided written proof of the expenses incurred to provide such modification; and
3.   you have returned to work as an Active Full-time Employee.

This Workplace Modification benefit will not be payable if:
1.   the Employer does not incur any cost in making the modification;
2.   we have not given written approval of the modification prior to expenses being incurred; or
3.   you become self-employed, or return to work for another employer.

**Workplace Modification** means change in your work environment, or in the way a job is performed, to allow you to perform, while Disabled, the Essential Duties of your job. Payment of this benefit will not reduce or deny any benefit you are eligible to receive under the terms of this plan.

## PRE-EXISTING CONDITIONS LIMITATIONS

**Are there any other limitations on coverage?**
No benefit will be payable under the plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless such Disability begins:
1. after the last day of 90 consecutive day(s) while insured during which you receive no medical care for the Pre-existing Condition; or
2. after the last day of 365 consecutive day(s) during which you have been continuously insured under this plan.

**Pre-existing Condition** means:
1. any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse; or
2. any manifestations, symptoms, findings, or aggravations related to or resulting from such accidental bodily injury, sickness, Mental Illness, pregnancy, or Substance Abuse;

for which you received Medical Care during the 90 day period that ends the day before:
1. your effective date of coverage; or
2. the effective date of a Change in Coverage.

**Medical Care** is received when:
1. a Physician is consulted or medical advice is given; or
2. treatment is recommended, prescribed by, or received from a Physician.

Treatment includes but is not limited to:
1. medical examinations, tests, attendance or observation; and
2. use of drugs, medicines, medical services, supplies or equipment.

If immediately preceding your becoming insured under this plan:
1. you were covered under another plan, which provided Long Term Disability benefits, insured by us; and
2. we paid benefits to you for a Disability under the other plan,

the condition causing such Disability will not be considered a Pre-existing Condition under this plan.

### CONTINUITY FROM A PRIOR PLAN

**Is there continuity of coverage from a Prior Plan?**
If you were:
1. insured under the Prior Plan;
2. Actively at Work; and
3. not eligible to receive benefits under the Prior Plan,

on the day before the Plan Effective Date, the Deferred Effective Date provision will not apply to you.

If you become insured under the Group Insurance Policy on the Plan Effective Date and were covered under the Prior Plan on the day before the Plan Effective Date, the Pre-existing Conditions Limitation will cease to apply on the first to occur of the following dates:
1. the Plan Effective Date, if your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Plan; or
2. if your coverage was limited by a pre-existing condition restriction under the Prior Plan, the date the restriction would have ceased to apply had the Prior Plan remained in force.

HAR00148

The amount of the Monthly Benefit payable for a Pre-existing Condition in accordance with the previous paragraph will be the lesser of:
1.   the Monthly Benefit which was paid by the Prior Plan; or
2.   the Monthly Benefit provided by this plan.

No payment shall be made after the earlier to occur of:
1.   the date payments would have ceased under the Prior Plan; or
2.   the date payments cease under this plan.

If you received Monthly Benefits for Disability under the Prior Plan, and:
1.   you returned to work as an Active Full-time Employee before the Effective Date of this plan;
2.   within 6 months of the return to work, you have a recurrence of the same Disability under this plan; and
3.   there are no benefits available for the recurrence under the Prior Plan,

the Elimination Period of this plan, which would otherwise apply to the recurrence, will be waived if the recurrence would have been covered without any further Elimination Period under the Prior Plan had it remained in force.

## EXCLUSIONS

**What Disabilities are not covered?**
The plan does not cover, and no benefit shall be paid for any Disability:
1.   unless you are under the Regular Care of a Physician;
2.   that is caused or contributed to by war or act of war (declared or not);
3.   caused by your commission of or attempt to commit a felony, or to which a contributing cause was your being engaged in an illegal occupation; or
4.   caused or contributed to by an intentionally self-inflicted injury.

## TERMINATION

**When does your coverage terminate?**
You will cease to be covered on the earliest to occur of the following dates:
1.   the date the Group Insurance Policy terminates;
2.   the date the Group Insurance Policy no longer insures your class;
3.   the date premium payment is due but not paid by the Employer;
4.   the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution;
5.   the date you cease to be an Active Full-time Employee in an eligible class including:
    a)   temporary layoff;
    b)   leave of absence; or
    c)   a general work stoppage (including a strike or lockout); or
6.   the date your Employer ceases to be a Participant Employer, if applicable.

**Does your coverage continue if your employment terminates because you are Disabled?**
If you are Disabled and you cease to be an Active Full-time Employee, your insurance will be continued:
1.   during the Elimination Period while you remain Disabled by the same Disability; and
2.   after the Elimination Period for as long as you are entitled to benefits under the Policy.

**Must premiums be paid during a Disability?**
No premium will be due for you:
1.   after the Elimination Period; and
2.   for as long as benefits are payable.

**Do benefits continue if the plan terminates?**
If you are entitled to benefits while Disabled and the Group Insurance Policy terminates, benefits:
1.   will continue as long as you remain Disabled by the same Disability; but
2.   will not be provided beyond the date we would have ceased to pay benefits had the insurance remained in force.

Termination for any reason of the Group Insurance Policy will have no effect on our liability under this provision.

## GENERAL PROVISIONS

**What happens if facts are misstated?**
If material facts about you were not stated accurately:
1.  your premium may be adjusted; and
2.  the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement made by you relating to your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during your lifetime. In order to be used, the statement must be in writing and signed by you.

**When should we be notified of a claim?**
You must give us written notice of a claim within 30 days after Disability starts. If notice cannot be given within that time, it must be given as soon as reasonably possible. Such notice must include your name, your address and the Group Insurance Policy number.

**Are special forms required to file a claim?**
When we receive a notice of claim, you will be sent forms for providing us with Proof of Loss. We will send these forms within 15 days after receiving a notice of claim. If we do not send the forms within 15 days, you may submit any other written proof which fully describes the nature and extent of your claim.

**What is Proof of Loss?**
Proof of Loss may include but is not limited to the following:
1.  documentation of:
    a)  the date your Disability began;
    b)  the cause of your Disability;
    c)  the prognosis of your Disability;
    d)  your Earnings or income, including but not limited to copies of your filed and signed federal and state tax returns; and
    e)  evidence that you are under the Regular Care of a Physician;
2.  any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
3.  the names and addresses of all:
    a)  Physicians and practitioners of healing arts you have seen or consulted;
    b)  hospitals or other medical facilities in which you have been seen or treated; and
    c)  pharmacies which have filled your prescriptions within the past three years;
4.  your signed authorization for us to obtain and release:
    a)  medical, employment and financial information; and
    b)  any other information we may reasonably require;
5.  your signed statement identifying all Other Income Benefits; and
6.  proof that you and your dependents have applied for all Other Income Benefits which are available. You will not be required to claim any retirement benefits which you may only get on a reduced basis.

All proof submitted must be satisfactory to us.

**When must Proof of Loss be given?**
Written Proof of Loss must be sent to us within 30 days after the start of the period for which we owe payment. We may require, at reasonable intervals, additional written Proofs of Loss throughout your Disability. If proof is not given by the time it is due, it will not affect the claim if:
1.  it was not possible to give proof within the required time; and
2.  Proof of Loss is given as soon as possible.

**When must one apply for Social Security Benefits?**

You will be required to apply for Social Security disability benefits when the duration of your Disability meets the minimum duration required to apply for such benefits. If the Social Security Administration denies your eligibility for benefits, you will be required:

1.  to follow the process established by the Social Security Administration to reconsider the denial; and
2.  if denied again, and we agree to pay the costs, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

**What additional Proof of Loss are we entitled to?**

We may have you examined to determine if you are Disabled. Any such examination will be:

1.  at our expense; and
2.  as reasonably required by us.

**Who gets the benefit payments?**

All payments are payable to you. Any payments owed at your death may be paid to your estate. If any payment is owed to your estate, a person who is a minor or a person who is not legally competent, then we may pay up to $1,000 to any of your relatives who is entitled to it in our opinion. Any such payment shall fulfill our responsibility for the amount paid.

**When are payment checks issued?**

When we determine that you are Disabled and eligible to receive benefits, we will pay accrued benefits at the end of each month that you are Disabled. We may, at our option, make an advance benefit payment based on our estimated duration of your Disability. If any payment is due after a claim is terminated, it will be paid immediately after receipt of satisfactory Proof of Loss is received.

**What notification will you receive if your claim is denied?**

If a claim for benefits is wholly or partly denied, you will be furnished with written notification of the decision. This written decision will:

1.  give the specific reason(s) for the denial;
2.  make specific reference to the Policy provisions on which the denial is based;
3.  provide a description of any additional information necessary to prepare a claim and an explanation of why it is necessary; and
4.  provide an explanation of the review procedure.

This written decision will be given to you within 45 days of our receipt of your Proof of Loss.

**What recourse do you have if your claim is denied?**

On any denied claim, you or your representative may appeal to us for a full and fair review. You may:

1.  request a review upon written application within 60 days of the claim denial;
2.  review pertinent documents; and
3.  submit issues and documents in writing.

We will make a decision no more than 60 days after the receipt of the request, except in special circumstances (such as the need to hold a hearing), but in no case more than 90 days after the request for review is received. The written decision will include specific references to the Policy provisions on which the decision is based.

**When can legal action be started?**

Legal action cannot be taken against us:

1.  sooner than 60 days after due Proof of Loss has been furnished; or
2.  three years after the time written Proof of Loss is required to be furnished according to the terms of the Policy (five years in Kansas; six years in South Carolina).

**What happens if benefits are overpaid?**

An overpayment occurs when it is determined that the total amount we have paid in benefits is more than the amount that was due to you under the plan. This includes, but is not limited to, overpayments resulting from:

1. retroactive awards of Other Income Benefits;
2. failure to report, or late notification to us of Other Income Benefits or earned income;
3. misstatement; or
4. an error we may make.

We have the right to recover from you any amount that is an overpayment of benefits under this plan.  You must refund to us the overpaid amount.  We may also, without forfeiting our right to collect an overpayment through any means legally available to us, recover all or any portion of an overpayment by reducing or withholding future benefit payments, including the Minimum Monthly Benefit.

**How do we deal with fraud?**

Fraud is the inclusion (with or without intent) of any false or misleading information on an application for coverage under a group policy or on a claim form for benefits.  Any person who includes such information on an application or claim form is subject to criminal and civil penalties. We will use all means available to us to detect, investigate, deter and prosecute those who commit Fraud.  We will pursue all available legal remedies if you and/or your Employer perpetrates Fraud.

**Who interprets policy terms and conditions?**

We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

## DEFINITIONS

The terms listed will have these meanings.

**Actively at Work**

You will be considered to be actively at work with your Employer on a day which is one of your Employer's scheduled work days if you are performing, in the usual way, all of the regular duties of your job on a Full-time basis on that day. You will be deemed to be actively at work on a day which is not one of your Employer's scheduled work days only if you were actively at work on the preceding scheduled work day.

**Active Full-time Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. The employee must work the number of hours in the Employer's normal work week. This must be at least the number of hours indicated in the Schedule of Insurance.

**Any Occupation** means an occupation for which you are qualified by education, training or experience, and that has an earnings potential greater than an amount equal to the lesser of the product of your Indexed Pre-disability Earnings and the Benefit Percentage and the Maximum Monthly Benefit shown in the Schedule of Insurance.

**Current Monthly Earnings** means the monthly earnings you receive from:

1. the Employer while Disabled;
2. other employment.

However, if the other employment is a job you held in addition to Active Full-time Employment with the Employer, then:

1. during the Elimination Period, and while eligible to receive benefits for being Disabled from Your Occupation;
2. any earnings from this other employment will be Current Monthly Earnings only to the extent that such earnings exceed the average monthly earnings you were receiving from this other job during the 6 month period immediately prior to becoming Disabled.

**Disability or Disabled** means that during the Elimination Period and for the next 36 months you are prevented by:
1. accidental bodily injury;
2. sickness;
3. Mental Illness;
4. Substance Abuse; or
5. pregnancy,

from performing one or more of the Essential Duties of Your Occupation, and as a result your Current Monthly Earnings are no more than 80% of your Indexed Pre-disability Earnings.

After that, you must be so prevented from performing one or more of the Essential Duties of Any Occupation.

Your failure to pass a physical examination required to maintain a license to perform the duties of Your Occupation does not alone mean that you are Disabled.

**Employer** means the Policyholder.

**Essential Duty** means a duty that:
1. is substantial, not incidental;
2. is fundamental or inherent to the occupation; and
3. can not be reasonably omitted or changed.

To be at work for the number of hours in your regularly scheduled workweek is also an Essential Duty.

**Indexed Pre-disability Earnings** when used in this policy means your Pre-disability Earnings adjusted annually by adding the lesser of:
1. 10%; or
2. the percentage change in the Consumer Price Index (CPI-W).

The adjustment is made January 1st each year after you have been Disabled for 12 consecutive months, and if you are receiving benefits at the time the adjustment is made.

The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. It measures on a periodic (usually monthly) basis the change in the cost of typical urban wage earners' and clerical workers' purchase of certain goods and services. If the index is discontinued or changed, we may use another nationally published index that is comparable to the CPI-W.

For the purposes of this benefit, the percentage change in the CPI-W means the difference between the current year's CPI-W as of July 31st, and the prior year's CPI-W as of July 31st, divided by the prior year's CPI-W.

**Mental Illness** means any psychological, behavioral or emotional disorder or ailment of the mind, including physical manifestations of psychological, behavioral or emotional disorders, but excluding demonstrable, structural brain damage.

**Monthly Benefit** means a monthly sum payable to you while you are Disabled, subject to the terms of the Group Insurance Policy.

**Monthly Income Loss** is the difference of your Pre-disability Earnings less your Current Monthly Earnings.

**Monthly Rate of Basic Earnings** means your regular monthly rate of pay from the Employer just prior to the date you become Disabled:
1. including contributions you make through a salary reduction agreement with the Employer to:
    a) an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
    b) an executive non qualified deferred compensation arrangement; or
    c) a salary reduction arrangement under an IRC Section 125 plan; and
2. not including bonuses, commissions, overtime pay or expense reimbursements for the same period as above.

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you or to your family, as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you or your family are eligible or that are paid to you, to your family or to a third party on your behalf, pursuant to any:

1.  temporary disability benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
2.  governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;
3.  portion of a plan or arrangement of coverage, whether insured or not, attributed to the Employer's contributions;
4.  disability benefits under:
    a)  the United States Social Security Act or alternative plan offered by a state or municipal government;
    b)  the Railroad Retirement Act;
    c)  the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan; or
    d)  similar plan or act that you, your spouse and children who are dependent on you for financial support, are eligible to receive because of your Disability; or
5.  disability benefit from the Veteran's Administration, or any other foreign or domestic governmental agency:
    a)  that begins after you become Disabled; or
    b)  if you were receiving the benefit before becoming Disabled, the amount of any increase in the benefit that is attributed to your Disability.

Other Income Benefits also mean any payments that are made to you, your family, or to a third party on your behalf, pursuant to any:

1.  disability benefit under the Employer's Retirement Plan in proportion to the Employer's contributions to the plan;
2.  permanent disability or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges of such benefits;
3.  retirement benefit from a Retirement Plan that is wholly or partially funded by employer contributions, unless:
    a)  you were receiving it prior to becoming Disabled; or
    b)  you immediately transfer the payment to another plan qualified by the United States Internal Revenue Service for the funding of a future retirement.

    Other Income Benefits will not include the portion, if any, of such retirement benefit that was funded by your after-tax contributions; or
4.  retirement benefits under:
    a)  the United States Social Security Act or alternative plan offered by a state or municipal government;
    b)  the Railroad Retirement Act;
    c)  the Canada Pension Plan, the Canada Old Age Security Act; the Quebec Pension Plan or any provincial pension or disability plan; or
    d)  similar plan or act that you, your spouse and dependent children are eligible to receive because of your retirement, unless you were receiving them prior to becoming Disabled.

If you are paid Other Income Benefits in a lump sum or settlement, you must provide proof satisfactory to us of:

1.  the amount attributed to loss of income; and
2.  the period of time covered by the lump sum or settlement.

We will pro-rate the lump sum or settlement over this period of time. If you cannot or do not provide this information, we will assume the entire sum to be for loss of income, and will pro-rate it over your expected lifetime as determined by us. We may make a retroactive allocation of any retroactive Other Income Benefit. A retroactive allocation may result in an overpayment of your claim. Please see the provision entitled, What happens if benefits are overpaid?

The amount of any increase in Other Income Benefits will not be included as Other Income Benefits if such increase:

1.  takes effect after the date benefits become payable under this plan; and
2.  is a general increase which applies to all persons who are entitled to such benefits.

HAR00154

**Physician** means a person who is:
1.  a doctor of medicine, osteopathy, psychology or other healing art recognized by us;
2.  licensed to practice in the state or jurisdiction where care is being given; and
3.  practicing within the scope of that license.

**Pre-disability Earnings** means your Monthly Rate of Basic Earnings in effect on the day before you became Disabled.

**Prior Plan** means the long term disability insurance carried by the Employer on the day before the Plan Effective Date.

**Regular Care of a Physician** means you are attended by a Physician, who is not related to you:
1.  with medical training and clinical experience suitable to treat your disabling condition; and
2.  whose treatment is:
    a)  consistent with the diagnosis of the disabling condition;
    b)  according to guidelines established by medical, research and rehabilitative organizations; and
    c)  administered as often as needed,

    to achieve the maximum medical improvement.

**Retirement Plan** means a defined benefit or defined contribution plan that provides benefits for your retirement and which is not funded wholly by your contributions.  It does not include:
1.  a profit sharing plan;
2.  thrift, savings or stock ownership plans;
3.  a non-qualified deferred compensation plan; or
4.  an individual retirement account (IRA), a tax sheltered annuity (TSA), Keogh Plan, 401(k) plan or 403(b) plan.

**Substance Abuse** means the pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by:
1.  impairments in social and/or occupational functioning;
2.  debilitating physical condition;
3.  inability to abstain from or reduce consumption of the substance; or
4.  the need for daily substance use to maintain adequate functioning.

Substance includes alcohol and drugs but excludes tobacco and caffeine.

**We, us** or **our** means the Hartford Life and Accident Insurance Company.

**You, your, Insured Person** means the Insured Person to whom this Booklet-certificate is issued.

**Your Occupation**, if used in this Booklet-certificate, means your occupation as it is recognized in the general workplace.  Your Occupation does not mean the specific job you are performing for a specific employer or at a specific location.

HAR00155