UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JULIE JACOBY,

            Plaintiff,

      -against-                              07 Civ. 4627 (LAK)

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendant's motion to seal the administrative record [DI 20] is granted.

      SO ORDERED.

Dated: February 28, 2008

                                      Lewis A. Kaplan
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08