# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JULIE JACOBY,

                Plaintiff,

    -against-

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                Defendant.
----------------------------------------------------------------X

No.: 07 Civ. 4627 (LAK) (RLE)

DECLARATION OF
JEFFREY C. SMALL

I, Jeffrey C. Small, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am an employee of Hartford Life and Accident Insurance Company ("Hartford"), and have been since January 3, 2005. At all times relevant hereto, I have served as a Team Leader of the Appeal Unit at Hartford.

2. The DVDs and documents Bates numbered HAR001 through HAR1360, HAR SIU001-172, HAR POLICY 001-047, and HARTFORD WOP 0001-313, which have been filed with the Court under seal, are true, correct, and complete copies of the evidence, materials, and documents, including the group long term disability policy, that were before Hartford at the time of Hartford's final decision to terminate the benefits of Julie Jacoby ("Jacoby"). The referenced documents were produced and/or received in connection with Jacoby's claim for benefits and were kept in the ordinary course of Hartford's business. These documents constitute the entire administrative record maintained by Hartford in connection with Jacoby's claim for disability benefits, and provided the basis for the termination of her benefits.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this the 11th day of March, 2008.

_____
JEFFREY C. SMALL
Team Leader, Appeal Unit