# Exhibit C

**William Sniger, M.D.**
360 Pleasant Street
Raynham, MA 02767
(508) 822-9065
fax (815) 642-7867
e-mail: drsniger@massmed.org

***EDUCATION:***

M.D., University of Massachusetts Medical School
Worcester, Massachusetts--1994

B.S., University of Massachusetts
Boston, Massachusetts
Major: Psychology--1989

***MEDICAL TRAINING:***

Harvard Medical School / West Roxbury VAMC / Brigham and Women's Hospital / Spaulding Rehabilitation Hospital
Spinal Cord Injury Medicine Fellowship
1998-1999

Boston University Medical Center, Boston, MA
Physical Medicine and Rehabilitation Residency
1995-1998

Brockton Hospital and Boston University Medical Center
Medicine Internship
1994-1995

***BOARD CERTIFICATION:***

1999--Subspecialty certification (91st percentile) in Spinal Cord Injury Medicine-American Board of Physical Medicine and Rehabilitation.

1999--Diplomate-American Board of Physical Medicine and Rehabilitation

***MEDICAL LICENSURE:***

1998-present -- Commonwealth of Massachusetts
2000-present -- State of Rhode Island

***WORK EXPERIENCE:***

2000-present: Consulting Staff Physician, Morton Hospital and Medical Center, Taunton, MA

2000-present: Associate Medical Director, Medical Advisory Group, Plaistow, NH

2000-present: Medical Consultant, Massachusetts Rehabilitation Commission

2006-present: Commonwealth of Massachusetts SCI Research Advisory Committee

2005-present: Medical Consultant, Medical Director Solutions, Marietta, GA

2005-2006: Medical Consultant, Rosenfeld & Rafik, P.C, Boston, MA

2000-present: Medical Consultant, Decof & Decof, P.C., Providence, RI

2000: Medical Consultant, AmericasDoctor.com. Medical consumer website providing real-time talk with a physician. In collaboration with Paralysis Society of America/Paralyzed Veterans America.

1999-present: Private Practice

1995-present: Board of Directors, Community Counseling of Bristol County, a psychiatric and substance abuse organization affiliated with Morton Hospital and Medical Center (Taunton, MA).

1997: RI Dept. of Public Health. Disabilities Prevention Program - Primary Care Advisory Group, Ad hoc committee member

1982-1985: Massachusetts State Coordinator, Spinal Cord Society, a national non-profit organization supporting SCI research. Responsibilities included developing and supervising regional chapter network, fundraising, public relations and acting liaison with researchers. Experienced in disability advocacy and counseling persons with spinal cord injury.

***PROFESSIONAL SOCIETIES:***

American Academy of Physical Medicine & Rehabilitation
- Fellow

American Paraplegia Society
Massachusetts Medical Society

Bristol North District Medical Society

***AWARDS AND HONORS & PRESENTATIONS:***

2005 & 2006--Ad hoc reviewer, Archives of Physical Medicine & Rehabiilitation

2005-2006—Strathmore's Who's Who

1999, October 8--Faculty speaker at the VA/Harvard Medical School Spinal Cord Injury Medicine: Eighth Symposium. Topic: "Functional Activities and Level of Injury."

1998-2001--Physician's Recognition Award -- American Medical Association

1998--Award for highest national SAE score (97th percentile) by a Boston University PM&R resident.

1989--Cum laude graduate

Alpha Nu Omega Honor Society

***PUBLICATIONS:***

Sniger, W, Garshick, E. Alendronate increases bone density in chronic spinal cord injury: a case report. Arch Phys Med Rehabil 2002;83:139-140.

Mukand, J., Sniger, W., Kaufman, J., Bergman, S. Common causes of knee effusions in spinal cord injury. Am J Phys Med Rehabil 1998;77:113-117.

Mukand, J., Langlois, L., Sniger, W. The rehabilitative management of polyarteritis: a case report. Arch Phys Med Rehabil 1997;78:89-91.

Sniger, W., Davidoff, A., Daly, J. The CT appearance of Gelfoam in the pelvis following major gynecologic surgery. Poster presentation at the Association of University Radiologists annual conference. 1993.

Sniger, P., Sniger, W. Medical applications for system design in spinal cord injury. Digital Design, 12: 44-52, 1982