# Exhibit D

# Richard L. Levy, M.D.

| | | | |
|---|---|---|---|
| **Education:** | 1967-1970 | Linton High School | Schenectady, NY |
| | 1970-1974 | Yale University | New Haven, CT |
| | **BS/Biology** | | |
| | ***Cum Laude** | | |
| | 1974-1977 | Dartmouth Medical School | Hanover, NH |

**Positions Held:**

| | |
|---|---|
| **1977-1978** | Intern, Dept. of Internal Medicine, Dartmouth Hitchcock Medical Center, Hanover, NH |
| **1978-1981** | Resident in Neurology, Dartmouth Hitchcock Medical Center, Hanover, NH |
| **1981-1982** | Fellow in Neuromuscular Disease and EMG, Strong Memorial Hospital, University of Rochester, Rochester, NY |
| **1982- to date** | Staff Neurologist, Exeter Hospital, Exeter, NH, Active privileges, private solo practice |
| **1982- to date** | Clinical assistant adjunct professor of medicine Dartmouth Medical School |
| **1982-1996** | Consulting privileges, Portsmouth Hospital, Portsmouth, NH |
| **1985-1988** | Chief of Department of Medicine, Exeter Hospital, Exeter, NH |
| **1989- 1999** | Clinical Assistant Adjunct Professor of Medicine, University of New England, Biddeford, ME. |
| **1990-1992** | Chief of Division of Medicine, Exeter Hospital, Exeter, NH |
| **1991-1996** | Member of Board of Directors, Apex Healthcare |
| **1991-1994** | Medical Director, Exeter Hospital Chronic Pain Program, Exeter, NH |
| **1994-1999** | Member Credentials Committee, Exeter Hospital, Exeter, NH |
| **2002-to date** | Member Board of Trustees', Exeter Health Resources/Exeter Hospital, Exeter, NH |

| | |
|---|---|
| **Honors:** | Examiner, American Board of Psychiatry and Neurology. |
| | Fellow of the American Academy of Neurology, elected 1996. |

**Board Certification**

National Board of Medical Examiners: Certificate 190753, certified 1978.
American Board of Psychiatry and Neurology, Certificate 24370, certified 1982.

| | |
|---|---|
| **License:** | New Hampshire: 6534 |

**Academic/Teaching Activities:**

Clinical neurology lectures: University of New England, 5 hours of lectures as part of second year clinical neurology course.

Multiple lectures at the local, regional, and national level to neurologists, primary care physicians, and lay people covering a variety of neurological topics.

Investigator in clinical studies on headache treatment: DHE 45 nasal spray, USMAP 11 study.

**Professional Memberships:**

American Academy of Neurology
American Medical Association
New Hampshire/Vermont Neurological Society
Boston Society of Psychiatry and Neurology
New Hampshire Medical Society
Rockingham County Medical Society
American Association for the Study of Headache

**Bibliography:**

Levy, RL: Panautonomic dysfunction and the Guillain-Barre syndrome. JAMA 243: 1985, 1980.

Levy, RL, Newkirk R., Ochoa J: Treating chronic relapsing Guillain-Barre syndrome by plasma exchange. Lancet 11:259-260, 1979.

Levy, RL: Chiarello S: Hyperpyrexia, allergic-type response and death occurring after low dose bleomycin administration. Oncology 37: 316-317, 1980.

Levy, RL: Dugan TM, Bernat JL, Keating J: Lateral medullary syndrome following neck injury. Neurology 30: 788-790, 1980.

Levy, RL: Stroke and orgasmic cephalgia. Headache 21: 12-13, 1981.

Levy, RL, Saunders RL: Citrobacter meningitis and abscess in early infancy: successful cure by use of moxalactam. Neurology 33: 1628-1631, 1983.

Levy, RL: Intranasal capsaicin in the treatment of migraine without aura. Accepted for publication in Headache 35: 277, 1995.

Levy, RL: Brachial Plexitis; Patient Care Magazine: 7/95.

Levy, RL: Compressive Superficial Peroneal Neuropathy; Patient Care Magazine, 7/95.

Levy, RL, Singer, KS: The Falling Woman, Patient Care Magazine, 1/97.

Levy, RL: Hypokalemic Periodic Paralysis; Patient Care Magazine, 1997.

Levy, RL, Singer, KS: Neurosyphillis; Patient Care Magazine, 1997.

Levy, RL: Rabies; Patient Care Magazine, 1997.

Levy, RL: Hemicranium continua; Patient Care Magazine; accepted for publication.

Migraine, epilepsy and multiple sclerosis, co-author for review published in Patient Care Magazine; 1999.

**Lectures:** Neurology Grand Rounds, Dartmouth Hitchcock Medical Center and Lahey Clinic. Annually since 1982.
Presentations at New England and New Hampshire/Vermont Neurological Society meetings.
Chronic Pain. University of New England Pain Conference, 1991 and 1992.
Reflex Sympathetic Dystrophy. Convention of New England insurance adjusters and workmen's compensation attorneys.
Trigeminal Neuralgia. Society of Clinical Neurology annual meeting, 1990.
Giant Cell Arteritis. Exeter Hospital staff: 1992.
Chronic Pain. Exeter Hospital staff: 1993.
Entrapment Neuropathies. New Hampshire Medical Society annual meeting, 1983.
Vasculitis and the Nervous System. Neurology Grand Rounds. Lahey Clinic, 1994.
Parkinson's Disease. Exeter Hospital CME Conference, 1994.
Stroke Update. Exeter Hospital CME Conference, 1998
Malignant Glioma – Philosophy of management. Exeter Hospital CME Conference.
Rabies. Neurology Grand Rounds. Lahey clinic, 12/96.
Rabies. Neurology Grad Rounds. Dartmouth Hitchcock Medical Center, 4/97.
Headache. Community Lecture. Exeter Hospital, 4/97.
Alzheimer's Disease. CME Lecture. Exeter Hospital, 11/97.
Progressive Supranuclear Palsy. Neurology Grand Rounds. Lahey Clinic, 3/98.
Parkinson's Disease. Community Lecture. Riverwoods, 3/98.
Migraine. Lecture to neurologists for Abbott Labs, 3/98.
Fibromyalgia. Lecture to New Hampshire insurance adjusters convention, 4/98.
Hypokalemic Periodic Paralysis. CME lecture, Exeter Hospital, 6/98.
Progressive Supranuclear Palsy. Neurology Grand Rounds. Dartmouth Hitchcock Medical Center, 7/98.
Migraine. Lecture to community MDs sponsored by Merck, 9/98.
Migraine. Lecture to local nurse practitioners sponsored by Glaxo, 10/98.
Low Back Pain. Conference to attorneys, adjusters, healthcare practitioners. Manchester, NH, 4/99.
Migraine. Lecture to staff of Seabrook Station, 9/99.
Neuroleptic Malignant Syndrome. Exeter Hospital Medical Staff, 10/99.
Migraine. Medical Grand Rounds. Frisbee Memorial Hospital, 9/00.
Litigation and Chronic Pain. NH Insurance Adjusters annual educational meeting, 10/00.
Litigation and Chronic Pain. Exeter Hospital CME conference, 1/01.
Migraine Update. Exeter Hospital CME conference, 3/01.
Neurologic and Neuropsychiatric Aspects of Whiplash Injury. American College of Forensic Psychiatry annual meeting, 4/01.

        Complex Regional Pain Syndrome. Northern New England Neurological Society, 11/01.
Complex Regional Pain Syndrome. Grand Rounds. Lahey Clinic, 3/02.
Complex Regional Pain Syndrome. American College of Forensic Psychiatry annual meeting, 4/02.
Migraine and Comparison of the Triptans. Maine Association of Pharmacists. 3/02.
Cluster Headache and Cluster. CME conference. North Conway Memorial Hospital, 3/02.
Examination of the headache patient, HCNE meeting, Stowe, VT, 2/03.
MS patient symposium, Bangor, Maine, 3/03.
MS patient symposium, Portland, Maine, 5/04.
MS patient symposium, Manchester, NH, 7/04.
Combination therapy for MS, symposium for healthcare professionals, VA, Togus, Maine, 8/04.

**Consulting Positions:** Speakers' boards of the following pharmaceutical companies: Abbott, Glaxo, Merck, Astra Zenica, Ortho-Mcneil, Biogen, Teva Marion.

**Clinical Studies:** Clinical investigator DHE 45 nasal spray for migraine: 1992.
Clinical investigator for USMAP 11 study sponsored by Merck: 1999.

**DEPOSITIONS:**

1. Westerback: Personal injury case. Mallory vs. Jensen; March 94.

2. Cowhig vs. Ingersoll Rand: Personal injury case; testified for the defense; Chagory vs. O'Leary; 12/93.

3. Royer vs. Maine Bonding: Personal injury case; testified for the defense for Attorney Burchard from Burlington, VT. 10/93.

4. Carlo vs. multiple insurers: Personal injury case; testified for the plaintiff; Attorney Klein from Stevens Point, WI. 11/93.

5. Twomey vs. Felter; Medical malpractice; testified as plaintiffs expert as to casualty; Attorney Simon from Boston.

6. Sanzenbacher case: Medical malpractice; failure to diagnose spinal tumor; Larson was attorney for defendant, Dr. Sanzenbacher; was expert for defendant.

7. Comsteller vs. Sentry Insurance: Personal Injury; testified for defense for Attorney Getman and Devine Millemet.

8. Atkins vs. Allstate Insurance: Personal injury case: Hillsborough Superior Court; testified for the defense; 5/94.

9. Banks vs. Allstate Insurance: Personal injury case: testified for the defense; 5/94; American Arbitration Association.

10. Perrow vs. Cabletron: Workmen's compensation case; testified for the plaintiff; 5/94; Attorney Roundy.

11. Ricard, Leta; Merrimack County Superior Court; testified for the defense Attorney Blake Sutton and Ken Bouchard; 3/95.

12. Washburn, Katherine; Rockingham County Probate, testified for the defense: Attorney Mike Harvel and Sue Groff; 3/95.

13. Eaton vs. Nibi: Medical malpractice;-Attorney Roger Turgeon vs. Ken Bouchard 2/96. Claim chiro induced disc herniation. Plaintiff expert.

14. Shanahan vs. PEA, PI, Attorney Bargagallo, 1/96. Plaintiff expert. Rockingham Superior Court.

15. Lucille Howard case. Attorney Brian Stern, Rockingham Superior Court, 1/97. Plaintiff expert.

16. Lori Thompson case. Attorney Gary Burtt (Wiggin and Nourie), 12/96. Defense expert. Hillsborough Superior Court.

17. Gomas case; Attorney Carol Hess vs. Catalfo; Strafford County Superior Court; 3/97. Whiplash. Defense.

18. Levesque vs. State of NH; Labor Board Appelate Case; Attorney J. Karllin; 3/97. Stress and stroke. Defense.

19. Robinson case; Attorney Lonergan from Sulloway; Federal Court in Concord, 5/97. Back pain. Defense.

20. Poulin case; Attorney Orcut; Wiggin and Nourie; 4/97.Back pain.

21. Thompson vs. Phelps; Attorney Gary Burt; Hillsborough Superior Court; 6/6/97. Alleged fibromyalgia. Defense.

22. Peloqui case, Attorney Pat McHugh from Devine Millemet, 2/98.

23. Bizantikos VS. Bizantikos; a will contestation in patient with dementia, Alan Shepherd attorney from Kennebunkport, ME., 4/98. Defense.

24. Lecomte vs. Ong.: Medical malpractice case, Attorney Mark Mallory, 4/20/98. Alleged RSD. Defense.

25. Pichowicz vs. Hoyt: TCE neurotox. Case, defense expert for Attorney Richard Head. Discovery deposition. 5/8/98.

26. Rogers vs. Marino, subpoenaed by plaintiff, testified as a factual witness, Federal Court, Judge MacAuliffe, 6/98.

27. Lower vs. Beede Electric, defense expert for Attorney Bob Dewhirst from Devine Millimet, 6/98. Back injury case.

28. Green vs;?, defense expert for Steven Aschultess from Getman, Stacy et al, 6/23/98. Back injury case.

29. Whiteacre vs. Royal Insurance; NH Labor Board, 6/30/98; testified for the defense in chronic pain case. Attorney Paul Kleinman from Bouchard and Mallory.

30. Lecomte vs. Ong; Hillsborough Superior Court in Nashua; testified for the defense in a medical malpractice case; Attorney Mark Mallory; date of testimony 7/10/98. Case alleged brachial plexus injury from missed interscalene block; ultimately claimant alleges RSD as a result of purported injury.

31. Debra Gibson vs. ?, Hillsborough Superior Court in Manchester, 7/14/98; testified for the defense for Attorney Steven Schultess. Neck and back claim s/p rear end MVA.

32. Bonin vs. Holzapfel; discovery deposition, 9/98, Medical malpractice for the defense of MD. Syncope in MD's office resulting in head injury. Testified for the defense Attorney Mallory. Abrahamson for the plaintiff.

33. Spiros vs. Piper and Eliades; discovery deposition. 10/98. Defense expert for MD's case involves multi-trauma leading to limb amputation; expert for the defense for Attorney Bouchard. Attorney Daly for the plaintiff.

34. Lindsay vs. Seasholz; discovery deposition, 10/19/98. Defense expert for MD; case involves alleged missed cervical radiculopathy; Defense Attorney Martica Douglas from Portland, ME.

35. Pelley case: Personal injury case; video deposition; 11/9/98; claim for chronic neck pain s/p whiplash; testified for the defense; Attorney Gary Burt from Wiggin and Nourie.

36. Plourde vs. MOMS: Appeal Board NH Labor Board; claim for chronic neck pain s/p motorcycle accident at work; testified for the defense; attorney Paul Salafia; 11/11/98.

37. Larochelle vs. Optima Health; claim for chronic back pain after alleged slip and fall; NH Labor Board; 10198; testified for the defense Attorney Eric Bernard.

38. Gil vs. Townsend, discovery deposition for the defense, Wiggin and Nourie, 2/9/99. Rear-end MVA case, claim of chronic neck pain.

39. Carmody vs. UNH, NH Labor Board, 2/18/99; for the defense, Attorney Owers, Sulloway and Hollis, Liberty Mutual insurer; claim of post-traumatic epilepsy.

40. Beaulieu vs; Maine Neurological Associates and Southwest Harbor Family Practice, case to go before mediator in Maine; expert defending family practitioner and nurse practitioner with regard to standard of care,; claim revolves around a missed aneurysm and subarachnoid hemorrhage. Case to be mediated in March of 99.

41. Milazzo case; discovery deposition, 3/9/97; for the defense, Attorney Dona Feney; claim: neurological complications of electrical injury.

42. Miller vs. Whiteside; testified as expert for the defense; 3/16/99; Defense Attorney Brad Stalzer vs. Jim Craig; insurer CNA; claim: chronic pain and exacerbation of movement disorder after whiplash injury.

43. Bell vs. Lyndon state College, expert for the defense, discovery depositions. Attorneys: Dan Burchard (from Burlington, VT): plaintiff's counsel, Kathy Hobart; discovery deposition, 4/2/99.

44. Coburn vs. Murakami, expert for the defense, Attorney Stephen Hengen: Medical malpractice; claim cognitive problems, ataxia after systemic inflammatory syndrome, discovery deposition. 4/99.

45. Ripple vs. Toys R US; expert for the defense, claim headache after minor head injury; Attorney Christin Friedman, discovery deposition 4/99.

46. Yunkers vs. Iverson; expert for the defense. Attorney Martica Douglas; claim: chronic pain after whiplash; discovery deposition, deposed by Attorney Jack Montgomery; case to be tried Cumberland County Superior Court; 4/29/99.

47. Bates vs. ?; expert for the defense; Attorney Paul Klineman; video deposition; trial in Rockingham Superior Court; 7/99.

48. Spires vs. Piper: Medical malpractice case, expert for the defense; Attorney Ken Bouchard; claim: failure to dx compartment syndrome; Hillsborough Superior Court (south); 7/99.

49. Junkins vs. Plourde, Merrimack Superior Court, 9/99. Testified on behalf of the defense for Attorney Richard Mills; case involved alleged spinal injury and chronic pain after fall from truck.

50. Knight Vs. Gleason; video deposition for the defense. Attorney Dennis Ducharme; case involved alleged neck injury after MVA; 10/99.

51. Bishop vs. ? for the defense. Attorney Tom Kelliher. Claim of chronic pain after whiplash injury; video deposition; 9/99.

52. Aghostino vs. ? for the defense. Attorney Steven Schultess; claim of chronic pain. psot minor MV A; arbitration; 9/99.

53. Sousa vs. Allstate; for the defense; Attorney Suozzo; claim of chronic low back pain post MVA.

54. Whitworth vs. Manchester Housing Authority; for the defense, Attorney Jim Craig; Hillsborough Superior Court; slip and fall on ice leading to subdural hematoma: 10/99.

55. Brady vs. Head Electric; for the defense, Attorney Donna Head; NH Labor Appeal Board; claim of chronic headache after slip and fall; 10/18/99.

56. Boschetto\is. Liberty Mutual Insurance, for the defense, Attorney Tom Kelliher; claim of chronic pain and cognitive dysfunction SIP multiple contusions and concussions; 12/99.

57. Sargent vs. Saunders; for the defense: Medical malpractice case; alleged needle injury to brachial plexus; Attorney Jim Shirley from Sheehan; discovery deposition by Attorney Brian Stern; 1/00; case settled in mediation.

58. Pouliot vs. Act One; NH Labor Board 1/00 for the defense, Attorney Kirk Trombley; claim was electrical injury to median nerve leading to chronic pain of soft tissue origin; decision is pending before appeals board.

59. Watkins vs. Allstate Insurance. 1/00; for the defense, Attorney Suozzo at Wiggin and Nourie; claim chronic pain after minor cervical strain; case pending in court.

60. Wilcox vs. Sporrachio; 1/00, for the defense; Attorney Callahan from Updike et al. Hartford, CT. discovery deposition; claim: post-traumatic fibromyalgia.

61. McCarthy vs. Manchester, NH 2/00 for the defense; Attorney Dunn from Devine Millemet et al. Video deposition. claim: chronic back pain SIP minor MVA.

62. Ivano vs. Sears; 3/00; for the defense; Attorney Gary Burt from Wiggin; claim chronic pain post minor back strain, video deposition.

63. Durand vs ? 3/00. For the defense; attorney Stephen Schultess; claim: chronic neck pain post minor rear-end MVA Arbitration.

64. Colburn vs. Murakami; 3/00: Medical malpractice case for the defense of Dr. Murakami; attorney Steven Hengen; JUA of NH. Claim: long term neurological damage due to critical illness and antibiotics. Defendant's verdict. Merrimack Superior Court.

65. Manzionne case; 4/00; Merrimack Superior Court; Attorney Dick Mills; for the defense; claim: minor rear end MVA resulted in cervical radiculopathy requiring surgery.

66. Harper case; 4/00; mediation. Attorney Dick Mills, for the defense, claim: rear end MVA leading to chronic post whiplash syndrome and brain dysfunction from mild concussion.

67. Gamblin vs., Orr; for the defense; Attorney Pat McHugh, Devine Millimet; claim: chronic pain and fear of driving after minor rear-end MVA; Rockingham Superior Court; 5/19/00.

68. Roy vs. C&S Wholesale, for the defense. Attorney Steven Ellis; Claim of chronic back pain after minor trauma; discovery deposition, 6/00.

69. Lasher vs. Cook, for the defense. Claim of vertigo and cognitive dysfunction post whiplash mechanism of injury; 6/28/00.

70. Morgan vs. Lynn Creamery; for the defense. Attorney Tom Kelliher, discovery deposition. Claim: numerous symptoms after minor MVA; 8/00.

71. Palmer vs. ?; for the defense; Leslie Cornell; claim: neck injury post front-end MVA. Davis attorney for the plaintiff. Arbitration before Garvey, Burtt and? 9/00.

72. DeJesus case, for the defense, Attorney Jim O'Sullivan; claim: back pain after minor MVA; Attorney Maclean for the plaintiff; Stratford Country Superior Court; 9/00.

73. Penny vs. Hamburger and Thrifty Car Rental; for the defense, Attorneys Dinan and Douglas; Cumberland Country Superior Court, Portland, ME.; 9/00. Case: chronic pain SIP minor rear end MVA.

74. Lasher vs. Cook, for the defense, Attorney Harold Berger from Rutland VT. Claim: vertigo and cognitive dysfunction after whiplash, arbitration in Manchester, VT. 10/13/00.

75. Patten vs. Prototype Circuit; for the defense, Attorney Paul Kleinman, NH Labor Board, claim of thoracic disc herniation due to twisting at work. 10/16/00.

76. Peace vs. Yandow, for the defense, Attorney Harold Eaton; claim of chronic headache after minor rear end MV A without vehicular damage; discovery deposition; 9/00.

77. Gould vs. NH Speedway, for the defense Steven Schultess; claim of neck injury from turning the head side to side watching the races and crowd; NH Labor Board of Appeals; 11/8/00.

78. Phal Rim vs. ?, for the defense, Attorney John Schulte, minor neck strain after whiplash; 11/00.

79. Witmer; for the defense, Attorney Richard Millis, claim of neck pain after whiplash and post-traumatic epilepsy. 1/30/01.

80. Yee vs. Balsam; for the defense, Attorney Bob DeWhirst; opposing Attorney Leslie Nixon; claim: RSD after wrist fracture in slip and fall. 2/01.

81. Tom Walsh case, for the defense, Attorney Steven Schultess; claim back pain after minor head injury; NH Labor Board; 3/01.

82. Willenbacher vs. CLM Landscaping, Defense for Attorney Dunn; claim: improper advice leading to heatstroke and death. 3/01.

83. Lashomb vs. State of NH; for the defense, Attorney Steven Schultess; claim: aggravation of LBP, NH Labor Board; 3/01.

84. Yee vs. Balsams; video deposition for court testimony, see above (BO); 3/28/01.

85. Richards vs. Conway; for the defense, video deposition, for Attorney Carol Hess; claim: numerous problems due alleged car/pedestrian MVA; 4/01.

86. Witmer vs. Fitzgerald; for the defense, Attorney Richard Mills; claim: fibromyalgia, PTE, chronic pain secondary to minor MVA. 5/01.

87. Dumais vs. Wheeler; for the defense, Attorney Andrew Dunn; claim: chronic pain after whiplash; 5/01.

88. Dawn McBride vs. Lucy's Day Care; for the plaintiff; attorney Kris Durmer; claim: neurological sequelae from near drowning of an infant 5/18/01.

89. Fosher vs. ?, for the defense Gary Burtt; claim: ulnar neuropathy after MVA; 6/01; Hillsborough Superior Court.

90. McKenna vs. Rockingham Country; for the defense, Attorney Donna Daneke, claim: RSD; NH Labor Board; 7/01.

91. Roy vs, C&S Grocers; for the defense, Attorney Steven Ellis; claim: LB injury after alleged collision with fork truck; Windsor Vermont Superior Court; 7/01.

92. Hornak; for the plaintiff; whiplash and headache, for Attorney Rob hunt, 9/01.

93. Congdon vs. Fresh Connections; for the defense, Attorney Steven Ellis; claim: work induced cervical radiculopathy; VT Labor Board; 10/01.

94. Dutil vs. CSV Co., for the defense, Douglas Steere; claim: medication error (mysoJine) causing progressive brain damage; discovery deposition. 11/01.

95. Lashomb vs. PSNH; NH Labor Board Appeals Hearing; for the defense, Attorney Steven Schultess; claimed back injury: 11/01.

96. Benson vs. Dole; defense; Attorney Dennis Hallissey; Stratford Superior Court; claim: post-concussive syndrome after minor read end MVA; 12/01.

97. Green vs. Hannaford Brothers, Inc., for the defense, Attorney Mike Mortimer; claim Meralgia Paresthetica due to slip and fall; Rockingham Superior Court, /02.

98. Lavalley vs. C&S Trucking; for the defense; Andrew Goodger (Kiel and Ellis), claim: cervical radiculopathy due to lifting; Vermont Labor Board; ½.

99. Sanchez vs. ? St. Properties; for the plaintiff; Attorney Hector Zumbado; claim: skull fracture and multi-trauma due to fall our of window; opposing Attorney Gary Burtt; Hillsborough Superior Court (nort); ½.

100. Thompson, R.; for the defense; Attorney Robert Dewhirst; claim: low back pain due to minor rear end MVA; opposing Attorney, Don Gardner, Hillsborough North Superior Court; 4/02

101. Zola case; for the defense; Attorney Fraas. Plaintiffs attorney: Paul Rinden; claim: chronic headache after minor head injury; 5/02.

102. Fennesy vs. Roy; for the defense; Attorney Lonergan: plaintiff's attorney: Ed Moquin; claim: chronic pain post rear-end MVA; 9/02.

103. Zappata vs. Demoulas; for the defense; claim: toxoplasmosis of the central nervous system due to exposure as a meat cutter. Attorney Thomas O'Reilly for the defense. 10/22/02.

104. Boisvert vs. Ferguson; for the defense; Attorney Mike Nickerson; plaintiff's attorney, Jim Craig; Hillsborough North Superior Court; claim: chronic pain SIP minor rear-end MVA. 10/29/02.

105. MacDonald vs. Thompson Center Arms; for the defense, Attorney Jeff Karlin: NH Labor Board Appeal Hearing; claim: ulnar neuropathy due to work activities: 11/02.

106. Wallace, Michael, Vermont Labor Board, for the defense, Attorney William Blake (Kiel and Ellis); claim: appropriateness of C2 decompression by Dr. Joseph Phillips for chronic headaches. 12/02.

107. Kinney, Jill; for the defense, arbitration; Attorney Bob Dewhirst; claim: chronic neck pain after rear-end MVA; 12102.

108. Merriwitz, John, for the defense; Attorney Fred Desmerais; claim: chronic pain after whiplash; discovery deposition; 1/03.

109. McGeechan, Kelley, for the defense; Attorney Andrew goodger; claim: disc herniation and chronic pain after MVA; discovery deposition 1/03.

110. Goldfein vs. Dartmouth Hitchcock Medical Center, for the defense, Attorney Tom Kelliuher; claim: ulnar nerve injury after fall at work; appeals hearing NH Labor Board; 2/03.

111. Sinapius vs. Sheehan; for the defense Attorney Bob Herman; Ruth Hall opposing attorney, claim: chronic pain SIP whiplash rear-end MVA; 2/03.

112. Hamerostamy, Pong; for the defense, Jim Owers; opposing Attorney Brian Stern, claim: post-traumatic epilepsy; NH Labor Department Appeals Board; 3/03.

113. Ayer vs. Libra International Racing; Chittendon Superior Court, Burlington, VT; for the defense, attorney Kaveh Shahi, claim: neck pain post MVA; 4/03.

114. Lavalley vs. Northeast Cooperative; for the defense, Attorney Bill Blake; claim: neck pain after lifting at work; appeal hearing for Vermont Labor Board; 4/03.

115. Flood, Mary Ann vs. Oxford Health Insurance, for the defense, Attorney Tom Kelliher; claim: repetitive strain injury; NH Labor Board Appeals hearing; 4/03.

116. Hammond vs. Lyons, for the defense, Attorney John Curran, discovery deposition; claim: chronic LBP secondary to MVA; discovery deposition, 5/03.

117. Page vs. Stark and town of Charlestown; for the defense, Attorney John Curran; claim: chronic pain secondary to MVA; discovery deposition 5/03.

118. Page vs. Start; court testimony; Sullivan County Superior Court: 6/03.

119. Gibbs Oil vs. Samara; for the plaintiff; Attorney Richard Mills; claim: testimonial competency; discovery deposition, 5/03.

120. Folsom vs. Brookville Carrier, for the defendant; Attorney John Whitman; claim: back pain; Federal District Court, Portland ME. 8/03.

121. Carpenter vs. Verizon; for the defense, Attorney Andrew Boxer, Vermont Labor Board. Claim: TBI; 7/03.

122. Bennet vs. Bombadier; for the defense; Attorney Richard Granger; claim: mild closed injury resulting in aggravation of congenital AVM; discovery deposition; 7/03.

123. Doubleday vs. State of Vermont; for the defense; Attorney K. Kasper, claim: chronic LBP, discovery deposition, 8/03.

124. Hilliard vs. Sheridan; for the defense; Attorney Linda Fraas, claim: LBP; discovery disposition; 9/03.

125. Brown vs. Lagarde and Brown, for the defense; Attorneys Mills and Curran; opposing attorney, Shawn Nichols; claim: post-traumatic HA; Belknap Superior Court; 2/18/04.

126. Cornett vs. Cumberland Farms: for the defense; Kevin Collimore, opposing Attorney S. Borofsky, claim: chronic neck pain due to slip and 'fall; discovery deposition; 2/04.

127. O'Connor vs. Daniel's Pub; for the defense Attorney M. Mortimer; opposing Attorney Goldman; claim: epilepsy aggravated by neck surgery; NH Labor Board; 3/16/04.

128. Baker VS. Precision Craftsmen; for the defense, Attorney Jim Owers; opposing Ed Stewart; claim: severe facial burn caused by slip and fall into fire; 5/25/04.

129. Picard vs. McPhee; for the defense, Attorney Ralph Suozzo; opposing Jim Webb; claim: MS caused or aggravated by rear-end MVA; also soft tissue injury claim; 5/26/04.

130. Dizoglio VB. Crosland Trucking; for the defense; Attorneys MacPhee and Lasna; claim: post-traumatic fibromyalgia; discovery deposition (opposing Attorney Burdin); 6/01/04.

131. Cornett vs. Cumberland Farms (see #126), Hillsborough South Superior Ct, for the

defense Attorney Brian Cullen at Devine, opposing counsel Amodeo-Vickery, claim: chronic neck pain due to slip and fall, 8/05/04.

132. Pelkie, Bertha, discovery depo. For the defense, Attorney Fred Demerais; Scott Ewing; claim: chronic neck and thoracic pain s/p rear-end MVA; 9/16/04.

133. Drouin vs. Grouin, discovery depo for the defense, Attorney Dick Mills, claim: disc injury s/p rear-end MVA, 10/11/04.

134. Smith, Heidi vs. Metropolitan, for the defense, Attorney Brett Harpster, claim: chronic neck pain due to rear-end MVA; 11/08/04.

135. Koplowitz vs. Hamilton, for the defense, Attorney Andy Boxer, claim: chronic CO poisoning resulting in brain damage, Windham County Superior Court, 1/10/05.

136. Peverly vs. Stewart, discovery deposition for the defense Attorney Scott Ewing, claim: chronic LBP secondary to minor MVA, 4/05.

137. Jennings, Peter, binding arbitration. For the defense, Attorney Dick McAffrey, myelopathy due to rear-end MVA. 6/05.

138. Thayer, James, discovery deposition for the defense Steve Ellis. Claim: cervical radiculopathy due to fall, 7/05.

139. Fontaine vs. Ethan Allen, testimony for the defense Jennifer Moore, Vermont Labor Board, claim: chronic HA after head injury, 7/05.

140. Dumont vs. Heureux, testimony for the defense Linda Fraas, claim: lumbar disc herniation due to rear-end MVA, Hillsborough North, 8/10/05.

141. Gillock VS. Hartford, testimony for the defense Steve Ellis, claim: chronic pain (CRPS) due to knee fracture, 10/05.

142. Hennessey, Joanne, testimony for the defense, Linda Fraas, (arbitration panel), claim: chronic total body pain after minor whiplash injury, 3/06.

143. Drown, Brad vs. Dept of Corrections, for the defense Jim Owers, claim: myelopathy due to remote effects of a fall, 4106.

144. Knoff vs. Knoff, for the defense Bill Blake, Vermont Labor Board, claim: cervical radiculopathy related to overhead work, 4/14/06.

145. Marks vs. Carson, for the defense Brett Harpster, Hillsborough South, claim: chronic neck pain and HA due to minor rear-end MVA, 4/18/06.

146. Gauron, Suzanne, for the plaintiff, Attorney David Engel, opposing counsel Linda Fraas, claim: chronic foot pain due to fall, 4/27/06.

147. Kuegel, Keith vs. Graves Brothers, for the defense, Attorney P. Lynn, claim: Post-traumatic HA, 6/14/06. Discovery depo.

148. Ely; Chris, for the defense Brian Cullen, opposing Attorney R. Stein, claim: mid-thoracic pains/p MCA, 8/31/06.

149. Datillo vs. Merchant's Ins., for the defense Brett Harpster, opposing Jim Normand, binding arbitration, claim: pain, depression, PTSD, anxiety etc after MVA, 10/17/06.

150. Fitzpatrick vs. Liberty Mutual, for the defense, Attorney Kelliher, opposing Lance Tillinghast, NH Labor Board Appeal, Low back pain. 1/26/06.