# Exhibit F

# JEROME D. SIEGEL, M.D., M.P.H.

| | |
|---|---|
| **ADDRESS - MAILING** | 14 THOMAS NEWTON DRIVE<br>WESTBOROUGH, MA   01581 |
| **ADDRESS – OFFICE** | 154 EAST MAIN STREET SUITE 204<br>WESTBOROUGH, MA. 01581<br>(508) 366-3828, (508) 462-7773 fax |
| **INTERESTS** | Occupational Medicine / Internal Medicine / Rehabilitation / Health Services |
| **PROFESSIONAL EXPERIENCE** | **PRIVATE PRACTICE - OCCUPATIONAL MEDICINE / REHABILITATION / INTERNAL MEDICINE**<br>1995-2007<br>*Staff Physician - New England Baptist Hospital, MetroWest Medical Center, University of Massachusetts Medical Center*<br>• Boston, Framingham, Westborough, MA and Waterbury, CT locations<br>• Acute and Post injury Examinations, Musculoskeletal, Cardiopulmonary, Neurological rehabilitation, Return to work examinations, Functional Capacity Evaluations, Disability determination, Primary Care Internal Medicine, Occupational Medicine and Medical Surveillance Examinations, Health Promotion, Wellness, and Preventive Health Screening, Fitness for duty, Respiratory Fit testing, Health and Safety Evaluations, Work Site and Medical Monitoring, Toxicology and Drug testing, Workplace safety monitoring. |
| | **NEW ENGLAND BAPTIST HOSPITAL - OCCUPATIONAL MEDICINE CENTER, BOSTON, MA.**<br>1996-1999<br>*Staff Physician*<br>• Evaluate and Treat Urgent Medical Injuries Including Strains/Sprains, Occupational and Environmental Exposures, Skin Disorders, Pulmonary Disorders, Musculoskeletal Injuries, Eye Injuries, Toxicology and Workplace Surveillance, Lacerations, Wound Care, and Xray Interpretation.<br>• Assist with Worker Rehabilitation Programs Including Physical Therapy, Hand Therapy, Splinting, Job Simulation Activities, and Functional Capacity Evaluations<br>• Perform Catastrophic Case Management and Discharge Planning<br>• Perform Preplacement Examinations Including Audiometry, Pulmonary Function, and Drug Screens<br>• Perform Annual Physical Examinations<br>• Perform OSHA Medical Monitoring/NIDA Testing/DOT Exams/ Fitness-for-Duty Examinations<br>• Assist with ADA Compliance Services, On-Site Job Analyses, and Health Promotion Programs |

**UMASS MEDICAL CENTER - CENTER FOR HEALTH AND FITNESS, WORCESTER, MA**
**1996-1997**
*Staff Physician*
- Perform Preplacement Examinations
  Including Audiometry, Pulmonary Function, and Drug Screens
- Perform Annual Physical Examinations
- Performing Screening Examinations for Cardiac Rehab and
  Fitness Program

**UMASS HEALTH SYSTEM - CLINTON HOSPITAL, OCCUPATIONAL HEALTH, CLINTON, MA.**
**1995-1996**
*Staff Physician / Medical Director*

**OCCUPATIONAL HEALTH + REHABILITATION, INC WALTHAM, MA.**
**1992-1995**
*Staff Physician*
- Perform Preplacement Examinations
  Including Audiometry, Pulmonary Function, and Drug Screens
- Perform Annual Physical Examinations
- Perform OSHA Medical Monitoring/NIDA Testing/DOT Exams/
  Fitness-for-Duty Examinations
- Assist with ADA Compliance Services, On-Site Job Analyses, and
  Health Promotion Programs
- Evaluate and Treat Urgent Medical Injuries
  Including Strains/Sprains, Occupational and Environmental
  Exposures, Skin Disorders, Pulmonary Disorders, Musculoskeletal
  Injuries, Eye Injuries, Toxicology and Workplace Surveillance,
  Lacerations, Wound Care, and Xray Interpretation.
- Assist with Worker Rehabilitation Programs
  Including Physical Therapy, Hand Therapy, Splinting, Job
  Simulation Activities, and Functional Capacity Evaluations
- Perform Catastrophic Case Management and Discharge Planning

**UNITED HEALTHCARE / HEALTHPRO, WESTBORO, MA**
**1993 - 1997**
*Physician Consultant*
- Utilization Management for State of Massachusetts Emergency Aid and
  Public Assistance Program
- Short and Long Term Disability Determination

**CRA MANAGED CARE / CONCENTRA MANAGED CARE
BOSTON, MA
1992-1996**
*Physician Advisor / Medical Director*
- National Utilization Management and Provider Bill Review Programs
- Workers Compensation, Accident and Health Insurance, and Self Insured / Reinsured Programs

**MASSACHUSETTS PEER REVIEW ORGANIZATION,
WALTHAM, MA
1987 - 2007**
*Physician Advisor*
- Report to Medical Director
- Reviewer For Quality of Care and Utilization for Massachusetts Hospitals Rehabilitation Facilities and Long Term Care Facilities
- Assist With Resolution of Appeals and Grievances
- Assisted With Interpretation of HCFA, Medicare and SuperPRO guidelines
- Assisted with DRG Coding, Protocol and Algorithm Development and Quality of Care Indicators

**PRIVATE HEALTH CARE SYSTEMS, LEXINGTON, MA
1991-1996**
*Physician Advisor*
- Medical Reviewer for Surgical Procedure Appropriateness
- Utilization of Medical Review Systems (VHS Software) for Surgical Review

**STAFF PRIVILEGES**
- New England Baptist Hospital, Boston, MA  1992-2007
- Newton-Wellesley Hospital, Newton, MA  1990-2000
- MetroWest Medical Center, Framingham, MA  1995-2007
- University of Massachusetts Medical Center, Worcester, MA 1996-2007

| | |
|---|---|
| **CLINICAL CARE** | - Private Practice -Occupational Medicine / Rehabilitation / Internal Medicine 1995-present<br>- Attending Staff Physician – New England Baptist Hospital, MetroWest Medical Center, and UMass Medical Center - present<br>- New England Baptist Hospital, Immediate Care 1991-present<br>- MetroWest Medical Center, Framingham, MA 1995-1996 Corporate Health and ACCESS Ambulatory Care<br>- Independent Medical Examiner (Impartial Examiner), Massachusetts Department of Industrial Accidents 1995-2007<br>- Swampscott Treatment and Trauma Center, Swampscott, MA 1993-1994<br>- Boston Evening Medical Center, Boston, MA 1992<br>- Cypress-Lakewood Emergency Treatment Center, Houston, TX 1992<br>- Harvard Community Health Plan, Boston, MA 1991-1992<br>- Bay State Medical-Surgical Consultants 1987-1992<br>- Hawaii Family Medical Center, Oahu Sugar Plantation, 1989 Medical Director, Medical Retirement Plan<br>- Locum Tenens/Independent Contractor 1989-1994 |
| **NATIONAL CONFERENCES ATTENDED** | - SEAK Worker's Comp - Occupational Medicine Conference, Hyannis, MA. 2002<br>- SEAK Worker's Comp - Occupational Medicine Conference, Hyannis, MA. 2001<br>- American College Occupational and Environmental Medicine, Boston, MA April, 1998<br>- American College Occupational and Environmental Medicine, San Antonio, TX April, 1996<br>- American Academy of Orthopedic Surgeons, Orlando, FL; Feb, 1995<br>- American Academy of Orthopedic Surgeons, New Orleans, LA; Feb, 1994<br>- American Occupational Therapy Association, Houston, TX; March, 1992<br>- RESNA Rehabilitation Engineering Conference, Kansas City, MO; June 1991<br>- American Academy of Orthopedic Surgery, Anaheim, CA; March, 1991<br>- American Academy of Physical Medicine and Rehabilitation, Annual Meeting, Washington, DC; October, 1991<br>- American Physical Therapy Association, Boston, MA; June 1991<br>- RESNA Rehabilitation Engineering Conference, Washington, DC; June 1990<br>- National Head Injury and Spinal Cord Injury Meetings, Tampa, Florida; July, 1990<br>- American Orthotics and Prosthetics Association, Boston, MA; September 1990<br>- American Academy of Physical Medicine and Rehabilitation, Annual Meeting, Phoenix, AZ; October, 1990<br>- National Home Health Care Exposition, Atlanta, GA; November, 1990 |

| | |
|---|---|
| **PROJECTS** | • Member, Physician Panel, National Institute for Occupational Safety and Health (NIOSH) and Department of Energy (DOE)<br>• Medical Monitoring / Health - Safety Surveillance of Hotel Workers<br>• National Rehabilitation Hospital and ECRI - "Evaluation of Assistive Technology - Canes, Crutches, Walkers ; 1990<br>• HCFA - Medicare and Medicaid Coding - "Wheelchairs"; 1990<br>• BC/BS Guidelines for Neuromuscular Stimulation and TENS units<br>• BC/BS Guidelines for Durable Medical Equipment and Assistive Technology<br>• International Wheelchair Seating Symposium Presentation, Rehabilitation Engineering Center, Memphis, TN; 1991<br>• National Rehabilitation Hospital and ECRI - "Evaluation of Assistive Technology - Scooters"; 1991<br>• National Rehabilitation Hospital and ECRI - "Scooters"; 1991<br>• ECRI - Evaluation of Diabetes Monitors ; 1991 |
| **MEMBERSHIPS** | American Medical Association<br>Massachusetts Medical Society<br>American College of Occupational and Environmental Medicine<br>American College of Medical Quality |
| **EDUCATION**<br>*College* | Boston University, Boston, MA - 1979<br>Degree: B.A., Medical Sciences, Mathematics<br>Honors: Summa Cum Laude, Phi Beta Kappa |
| *Medical School* | Boston University, Boston, MA - 1983<br>Degree: M.D. |
| *Internship* | University Hospital - 1983 - 1984<br>Boston University Medical Center<br>Internal Medicine |
| *Residency* | University Hospital - 1984 - 1986<br>Boston University Medical Center<br>Internal Medicine |
| *Fellowship* | Edith Nourse Rogers Memorial Veterans Administration Hospital, Bedford, MA 1986-1988<br>Long Term Care-Rehabilitation-Chronic Disease |
| *Public Health* | Boston University School Of Public Health<br>Boston, MA  1986-1988<br>Degree: M.P.H.<br>Concentration: Health Services/Occupational Health |

| | |
|---|---|
| **CERTIFICATION** | |
| *1984* | Diplomate, National Board of Medical Examiners #279535 |
| *1986* | Diplomate, American Board of Internal Medicine #111137 |
| *1988* | Diplomate, American Board of Internal Medicine Geriatrics |
| *1989* | Diplomate, American Board of Quality Assurance |
| *1996* | Diplomate, American Board of Preventive Medicine -- Occupational Medicine #23520 |
| **LICENSURE** | Massachusetts, Rhode Island, Connecticut |
| **PUBLICATIONS** *1991* | **MEDICAL TECHNOLOGY** "Evaluation of Diabetes Monitors", ECRI, |
| *1991* | "Evaluation of Pressure Sores", HOME CARE Magazine, June, 1991 |
| *1991* | "Evaluation of Scooters", ECRI, National Rehabilitation Hospital |
| *1990* | "Evaluation of Canes, Crutches, and Walkers", ECRI, National Rehabilitation Hospital |
| *1988* | Siegel, J.D., Parrino, T.A.: Computerized Diagnosis: Implications for Clinical Education. Medical Education 22: pp 47-54, 1988 |
| **TEACHING APPOINTMENT** | Instructor in Medicine, Boston University, Boston, MA |
| **PERSONAL** | Born: 10/24/59 Hartford, CT Personal Interests: Physical Fitness, Exercise, Tennis |
| **REFERENCES** | Furnished Upon Request |