TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                   :

JULIE JACOBY,                      :   **No.: 07 Civ. 4627 (LAK) (RLE)**

                           Plaintiff,     :

          -against-              :

HARTFORD LIFE AND ACCIDENT INSURANCE    :
COMPANY,
                        Defendant.   :

---------------------------------------------------------------------X

## NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE,** that upon the Declaration of Jeffrey C. Small, dated March

11, 2008, Defendant's Rule 56.1 Statement of Undisputed Material Facts in Support of its

Motion For Summary Judgment, and the accompanying memorandum of law,  Defendant

Hartford Life and Accident Insurance Company ("Hartford"), by counsel, will make a motion

before the Hon. L. Kaplan, U.S.D.J., in Courtroom 12D, United States Courthouse, 500 Pearl

Street, New York, New York 10007, pursuant to Rule 56 of the Federal Rules of Civil Procedure

and the Local Rules of this Court, hereby moving for summary judgment on the grounds that the

undisputed administrative record in this case demonstrates that the decision of Hartford to deny

Plaintiff's claim for long term disability benefits under a benefit plan governed by the Employee

Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*, was reasonable and

supported by substantial evidence. Plaintiff Julie Jacoby has failed to satisfy her burden of proving that she was totally disabled from performing any occupation, as she was required to do by the terms of the benefit plan at issue, or that Hartford's decision to deny her claim for continuing long term disability benefits was arbitrary or capricious. The grounds for this motion are more fully set forth in the accompanying memorandum and exhibits.

WHEREFORE, Hartford Life and Accident Insurance Company hereby requests that its motion be granted, that summary judgment be entered in its favor, and that it be awarded its costs and expenses incurred herein.

Dated:      New York, New York
            March 11, 2008

                        TROUTMAN SANDERS LLP

                        By: _____
                        Christina H. Bost Seaton (CB-7667)
                        TROUTMAN SANDERS LLP
                        The Chrysler Building
                        405 Lexington Avenue
                        New York, New York 10174
                        (212) 704-6000

                        David E. Constine, III (VSB No. 23223)
                        Admitted *pro hac vice*
                        Troutman Sanders LLP
                        P. O. Box 1122
                        Richmond, Virginia 23218-1122
                        (804) 697-1200
                        FAX (804) 697-1339

                        Attorneys for Defendant
                        Hartford Life and Accident Insurance Company

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am attorney for Defendant and that on March 11, 2008, I electronically filed a copy of the foregoing with the Clerk of the Court and served a copy of the same by first class mail to the following:

TO:
Scott M. Riemer
60 East 42nd Street
Suite 2430
New York, NY 10165


Dated: New York, New York
       March 11, 2008


Christina H. Bost Seaton (CB-7667)
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000