# Exhibit E

**DATE PREPARED:** 6/19/06

| | |
|---|---|
| **Name:** | **Pedro José Garrido-Castillo** |
| **Office Address:** | Brookside Community Health Center |
| | 3297 Washington Street |
| | Jamaica Plain, MA 02130 |
| **Home Address:** | 10 St. Cloud Avenue |
| | Needham, MA 02492 |

**Work E:Mail:** pgarridocastillo@partners.org   **Work Fax:** 617-983-6069

**Place of Birth:**   Santo Domingo, Dominican Republic

**Education:**

| | | |
|---|---|---|
| 1973 | B.A. | St. Alphonsus College (Philosophy) |
| 1975 | M.Ed. | Boston College (Counseling Psychology) |
| 1984 | Ph.D. | Boston College (Counseling Psychology) |

**Postdoctoral Training:**

| | |
|---|---|
| 1985 - 1987 | Clinical Fellowship: Neuropsychiatry Unit, Division of Psychiatry Boston City Hospital, Boston University School of Medicine |

**Licensure and Certification:**

| | |
|---|---|
| 1985 | Massachusetts Board of Registration of Psychologists |
| 1989 | Council for the National Register of Health Service Providers in Psychology |

**Academic Appointments:**

| | |
|---|---|
| 1987 - 1998 | Assistant Clinical Professor of Psychiatry (Psychology), Boston University School of Medicine |
| 1988 - 1998 | Lecturer on Psychology, Harvard Medical School |

| | | |
|---|---|---|
| 1990 - | 1992 | Faculty, Massachusetts School of Professional Psychology |
| 1998 - | | Instructor in Psychology, Harvard Medical School |

**Hospital Appointments:**

| | | |
|---|---|---|
| 1984- | 2000 | Active Staff in Psychiatry, Medical and Dental Staff, Boston Medical Center, formerly Boston City Hospital |
| 1988 | | Special and Scientific Staff, New England Medical Center |
| 1990 - | 1995 | Adjunct Staff, Spaulding Rehabilitation Hospital |
| 1990 - | 2000 | Allied Staff, The Cambridge Hospital |
| 2003- | present | Brigham and Women's Hospital, Psychiatry |

**Principal Hospital/Healthcare Service Responsibilities:**

| | | |
|---|---|---|
| 1975 - | 1976 | Alcoholism Counselor, Harbor Light Center Alcoholism Program, Boston |
| 1976 - | 1997 | Academic Advisor and Counselor, City of Boston Drug Treatment Program, Boston |
| 1977 | | Rehabilitation Counselor, City of Boston Drug Treatment Program, Boston |
| 1977 - | 1978 | Clinical Social Worker, Dr. Solomon Carter Fuller Mental Health Center at the Roxbury Court Clinic, Boston |
| 1978 - | 1980 | Director, Alcohol Treatment and Referral Project, Boston University Medical Center at the Roxbury Court Clinic, Boston |
| 1980 - | 1985 | Staff Psychotherapist, Brigham and Women's Hospital at Southern Jamaica Plain Health Center, Boston |
| 1985 - | 1987 | Staff Psychologist, City of Boston Addiction Services, Boston City Hospital Division of Psychiatry, Boston University School of Medicine Half-time position |

| | | |
|---|---|---|
| 1986 - | 1987 | Director of Training and Associate Chief Psychologist, City of Boston Department of Addiction Services, Boston City Hospital Division of Psychiatry, Boston University School of Medicine, Boston |
| 1987 - | 1988 | Staff Neuropsychologist, New England Rehabilitation Hospital, Woburn |
| 1988 | | Staff Neuropsychologist, Rehabilitation Institute, New England Medical Center, Boston |

**Principal Hospital/Healthcare Service Responsibilities (continued):**

| | | |
|---|---|---|
| 1988 – | 1990 | Senior Supervising Psychologist, Latino Mental Health Program, The Cambridge Hospital |
| 1990 – | 1996 | Director, Latino Mental Health Program, The Cambridge Hospital |
| 1992 – | 2001 | Staff Psychologist and Clinical Neuropsychologist, Harvard Vanguard Medical Associates at Kenmore (formerly Harvard Community Health Plan – Kenmore Center) |
| 1996 – | 1999 | Psychologist, Immunodeficiency Clinic, Boston Medical Center (formerly Boston City Hospital) |
| 1996 – | 1999 | Consulting Psychologist and Neuropsychologist, Blue Cross and Blue Shield of Massachusetts |
| 1996 – | 1999 | Consulting Psychologist, Concilio Hispano Substance Abuse Treatment Services |
| 1999 – | 2003 | Psychologist, Bureau of Study Counsel, Harvard University |
| 2001 – | 2003 | Peer Advisor, Value Options/Harvard Pilgrim Health Care |
| 2001 – | 2002 | Peer Advisor, Massachusetts Behavioral Health Partnership |
| 2002 - | | Psychologist, Massachusetts Behavioral Health Partnership |
| 2003- | | Director of Family Services, Brookside Community Health Center, Brigham and Women's Hospital |

**Major Committee Assignments:**

**National and Regional**

| | |
|---|---|
| 1985 - 1987 | State Mental Health Coordinating Council, Commonwealth of Massachusetts |
| 1987 - 1990 | Board of Directors, American Red Cross of Massachusetts Bay |
| 1987 - 1991 | Board of Directors, The Medical Foundation |
| 1983 - 1986 | Board of Directors, Casa Esperanza (President, 1983-1986) |
| 1990 - 1993 | Board of Directors, Health and Addictions Research, Inc. |
| 1993 - 1995 | Board of Directors, Massachusetts Neuropsychological Society |
| 1996 - 1998 | Minority Health Advisory Board, Massachusetts Department of Public Health |
| 2002- | North Hill, Board of Directors |

**Major Administrative Responsibilities:**

| | |
|---|---|
| 1978 - 1980 | Director, Alcohol Treatment and Referral Project, Boston University Medical Center at the Roxbury Court Clinic, Boston |
| 1987 - 1993 | Director of Hispanic Addiction Counselor Training Program. Developer and Principal Lecturer. This eight-month long addiction counselor training program, consisting of didactic session and clinical consultation groups, included social workers, psychologists and paraprofessional addiction counselors |
| 1990 - 1996 | Director of Latino Mental Health Program, Cambridge Hospital: supervision of staff, psychology interns, psychiatry residents and social work interns; didactic sessions in psychodiagnosis and psychotherapy for rotation of clerks and advanced clerks in psychiatry; guest lecturer at Harvard Medical School course on cross-cultural health care |

| | |
|---|---|
| 2003-present | Director of Family Services, Brookside Community Health Center: supervision of staff, psychology intern and social work interns; didactic sessions in psychodiagnosis and psychotherapy for interns; responsible for department budget, formulation of policies and procedures; service on various center-wide committees. |

**Memberships, Offices and Committee Assignments in Professional Societies:**

| | |
|---|---|
| 1985 - | American Psychological Association |
| 1985 - | Massachusetts Psychological Association Fellow, 1989 |
| 1985 - | National Hispanic Psychological Association |
| 1986 - | International Neuropsychological Society |
| 1988 - | Massachusetts Neuropsychological Society |
| 1988 - | National Head Injury Foundation |
| 1988 - | Massachusetts Head Injury Foundation |
| 1989 - | American Psychological Society |
| 1989 - | Ibero-American Association for the Study of Alcoholism and Drug Dependence |
| 1990 - | Sociedad Interamericana de Psicologia |
| 1990 - | Massachusetts Association for Psychoanalytic Psychology |
| 1994 - | Hispanic Neuropsychological Society |

**Memberships, Offices and Committee Assignments in Professional Societies (continued):**

My clinical practice has focused on psychotherapy and neuropsychological assessment, with emphasis on cross-cultural factors. I have two sites of practice: Brookside Community Health Center and independent practice.

My clinical work is very heterogeneous, spanning many diagnostic categories (severely and persistently mentally ill; medically-involved patients; substance abuse; personality disorder) socioeconomic, and cultural groups.

I have been involved in developing neuropsychological instruments for assessment of monolingual Spanish-speaking patients.

**Local Contributions:**

| | |
|---|---|
| 1981 | Principal organizer and presenter at conference on Hispanic alcohol use and abuse: primary prevention, intervention and treatment. This two-day conference was sponsored by the Boston Center for Alcohol and Health (Prevention Center) of The Medical Foundation. Participants in conference included social workers, addiction treatment specialists, psychologists and physicians. |
| 1985 | Lecturer at the ACTA/CASA Alcoholism Training and Information Conference on the topic of making alcoholism treatment services culturally relevant to Hispanic clients. Participants in this conference included social workers, psychologists, administrators, and para-professional counselors |
| 1986 - 1987 | Director of Training, City of Boston Department of Addiction Services, Division of Psychiatry (Boston University School of Medicine) and Community Health and Hospital). Direction of all training programs and activities for Addiction Services including medical students, psychiatry residents, social work and psychology interns |
| 1987 | Developer and Principal Lecturer of forty-hour course entitled <u>Hispanic alcoholism: Causes, complications and treatment.</u> This course was sponsored by the Divisions of Alcoholism and Drug Rehabilitation at the Boston City Hospital Alcohol Clinic. Participants included social workers, psychologists, medical students and para-professional addictions counselors. |
| 1988 | Staff Neuropsychologist, Rehabilitation Institute, New England Medical Center. Didactic sessions in neuropsychological syndromes, their evaluation and rehabilitation. Participants included physicians, psychologists, social workers, rehabilitation medicine residents and trainees from various other disciplines |
| 1988 - 1990 | Consulting Neuropsychologist, Supported Employment Program for Persons with Traumatic Brain Injury, Children's Hospital Training and Research Institute for Adults with Disabilities. Didactic sessions for employment training specialists and other clinical staff on traumatic brain injury: etiology, pathophysiology, neuro-behavioral consequences and approaches to rehabilitation |

| | |
|---|---|
| 1988 - 1997 | Supervising Psychologist and Neuropsychologist, Division of Psychology at The Cambridge Hospital. Didactic sessions on cross-cultural psychology and neuropsychology for psychology interns, psychiatry residents and neuropsychology fellows. |
| 1988 - | Lectures and consultation to hospitals and community-based programs on cross-cultural mental health and addiction topics |
| 1988 | Psychotherapy of trauma: the Latino patient. Psychotherapy of Diversity Conference, The Cambridge Hospital, Harvard Medical School Department of Continuing Education |
| 1991 | Sociocultural factors in alcoholism. Addictions Conference, The Cambridge Hospital, Harvard Medical School, Department of Continuing Education |
| 1990-1992 | Courses on Cross-Cultural Psychology and Introduction to Neuropsychology, Massachusetts School of Professional Psychology. Academic advising and supervision of doctoral research |
| 1995 | Spiritual issues in psychotherapy: the Latino patient. Psychotherapy and Spirituality, The Cambridge Hospital, Harvard Medical School, Department of Continuing Education |
| 1996 - 1999 | Core Faculty and Primary Supervisor, Center for Multicultural Training in Psychology, Boston Medical Center. Supervision of predoctoral psychology interns and coordination of training experience. Lecturer on bilingual psychological and neuropsychological assessment. |
| 1997 | Psychotherapy across cultures, The Cambridge Hospital, Harvard Medical School, Department of Continuing Education, Course Director and Moderator |

**Regional, National or International Contributions:**

| | |
|---|---|
| 1988 | Lecture on alcohol use, problem drinking and alcoholism among urban Puerto Rican men. Ibero-American Association for the study of Alcoholism and Drug Dependence, Madrid |

**Research Interests and Activities:**

1. Interaction of neurogenetic and sociocultural factors in psychoactive substance abuse and dependence.

2. Cultural variation of psychopathology: trauma, dissociation and <u>ataque de nervios</u> in Puerto Rican patients.

3. Psychotherapy of Hispanic patients.

4. Mood and personality disturbances in temporolimbic epilepsy.

5. Sociocultural factors in neuropsychological assessment.

6. Cross-cultural validity of Perry's defense mechanisms rating scale.

**Original Reports:**

Lewis-Fernandez, R., Garrido-Castillo, P., Bennasar, M.C., Parrilla, E., Laria, A.J., and Petkova, E. (2002). Dissociation, childhood trauma and *ataque de nervios* among Puerto Rican Psychiatric Outpatient. American Journal of Psychiatry 159 (9) 1603-1605.

Weiner L, Morse B, and Garrido, P. (1989). FAS/FAE: Focusing prevention on women at risk. <u>International Journal of the Addictions,</u> 24 (5) 385-395.

**Reviews and Educationally Relevant Publications:**

Garrido, P., Celenza, A., and Levy, M. Neuropsychological consequences of chronic alcoholism, In: Ellison, J., Weinstein, C., and Hodel-Malinofsky, T., eds. <u>The psychotherapist's guide to neuropsychiatry.</u> Washington: American Psychiatric Press, 1994: 255-277.

Date prepared: 10/12/2005

8