RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
Office and Post Office Address
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIE JACOBY,                                                    07 CV 4627 (LAK)(RLE)

                    Plaintiff,

               -against-                                    STIPULATION TO
                                                                   ADJOURN REPLY

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                    Defendant.
------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action that the time in which plaintiff, JULIE JACOBY, has to respond to defendant's Motion for Summary Judgment in this action is extended from March 25, 2008 through and including April 18, 2008, and the time in which defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, has to respond to plaintiff's Opposition to Defendant's Motion for Summary Judgment is extended from April 1, 2008 through and including May 2, 2008.

       This Stipulation may be executed in one or more counterparts, and by the different parties hereto in separate counterparts, each of which when executed shall be

1

deemed to be an original, but all of which, taken together, shall constitute one and the same Stipulation.

Facsimile signatures are deemed to be originals for the purposes of this Stipulation.

DATED: New York, New York
March 18, 2008

RIEMER & ASSOCIATES LLC

By: _____
Scott M. Riemer (SR-5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, 47th Floor
New York, New York 10165
(212) 297-0700

Attorneys for Plaintiff
Julie Jacoby

TROUTMAN SANDERS, LLP

By: _____
Christina H. Bost Seaton (CB-7667)
TROUTMAN SANDERS, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

Attorneys for Defendant
Hartford Life and Accident
Insurance Company

SO ORDERED

_____
U.S.D.J.

2