UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JULIE JACOBY,

                Plaintiff,

    -against-                              07 Civ. 4627 (LAK)

HARTFORD ACCIDENT AND INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    The Court will hear oral argument on the pending motion on May 9, 2008 at 9:15 a.m.

    SO ORDERED.

Dated:      April 21, 2008

                                        /s/ Lewis A. Kaplan
                                       Lewis A. Kaplan
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08