TROUTMAN SANDERS LLP
Christina H. Bost Seaton (CB-7667)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| JULIE JACOBY, | : | No.: 07 Civ. 4627 (LAK) (RLE) |
| Plaintiff, | : | |
| -against- | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : | |
| Defendant. | : | |

------------------------------------------------------------------X

**DEFENDANT'S MOTION FOR EXTENSION OF PAGE LIMITS ON REPLY BRIEF**

Defendant Hartford Life and Accident Insurance Company ("Hartford"), by counsel, hereby moves this Court for leave to file a reply brief in support of its motion for summary judgment in excess of the page limitation set forth in Judge Kaplan's Individual Practices, which state that reply memoranda may not exceed ten pages in length.

Hartford requests a ten-page extension of the page limit because of the unusual nature of the Plaintiff's memorandum in opposition, thus making its reply memorandum in support of its motion for summary judgment no more than twenty pages. Plaintiff does not object to the extension and the grounds for this motion are more fully set forth in the accompanying memorandum.

WHEREFORE, Hartford Life and Accident Insurance Company hereby requests that its motion be granted.

Dated:      New York, New York
            April 21, 2008

TROUTMAN SANDERS LLP

By: /s/ Christina H. Bost Seaton
Christina H. Bost Seaton (CB-7667)
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

David E. Constine, III (VSB No. 23223)
Admitted *pro hac vice*
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
FAX (804) 697-1339

Attorneys for Defendant
Hartford Life and Accident Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for Defendant and that on April 21, 2008, I electronically filed a copy of the foregoing with the Clerk of the Court and served a copy of the same by first class mail to the following:

TO:
Scott M. Riemer
60 East 42nd Street
Suite 2430
New York, NY 10165

Dated: New York, New York
       April 21, 2008

_____
Christina H. Bost Seaton (CB-7667)
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000