UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JULIE JACOBY,

                                 Plaintiff,

                     -against-                                 07 Civ. 4627 (LAK)

HARTFORD ACCIDENT AND INSURANCE COMPANY,

                                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant's motion for leave to file a reply memorandum ten pages greater in length than otherwise would be permitted [docket item 34] is granted.

       SO ORDERED.

Dated:      April 22, 2008

                                                          Lewis A. Kaplan
                                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08